```
 1                    UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF ARIZONA
 2

 3  _____)
                                            )
    In re:                                  )
 4                                          )
    AR UTILITY SPECIALISTS, INC.   CH. 11   )   2:05-bk-10489-GBN
 5                                          )
    FINAL HEARING RE: APPOINTMENT OF LEWIS  )
 6  & ROCA (FR. 06-14, 6-23 & 07-19)_____)

 7                                  U.S. Bankruptcy Court
                                    230 N. First Avenue, Ste. 101
 8                                  Phoenix, AZ 85003-1706

 9                                  August 1, 2005
                                    11:46 a.m.
10

           BEFORE THE HONORABLE GEORGE B. NIELSEN, JR., Judge
11

    APPEARANCES:
12
    For the Debtor:               J. Henk Taylor
13                                LEWIS AND ROCA LLP
                                  40 N. Central Avenue
14                                Phoenix, AZ  85004-4429

15  For the U.S. Trustee:         Larry Watson
                                  OFFICE OF THE U.S. TRUSTEE
16                                230 N. 1st Avenue, Ste. 204
                                  Phoenix, AZ  85003
17
    For Citibank:                 Allan Levinsky
18                                ANDERSON BRODY BUCHALTER NEMER
                                  4600 East Shea Boulevard
19                                Phoenix, AZ  85028

20

21

22

23

24
    Proceedings recorded by electronic sound technician, Jo-Ann
25  Stawarski; transcript produced by A/V Tronics, Inc.
```

A/V▾ TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 86   Filed 08/09/05   Entered 08/09/05 15:40:56   Desc
Main Document    Page 1 of 5

```
 1                    THE CLERK:  All rise please.
 2                    THE COURT:  Be seated.
 3                    THE CLERK:  0510489, AR Utility Specialists.  And
 4      there is not a telephonic appearance.
 5                    THE COURT:  Take appearances in the courtroom.
 6                    MR. TAYLOR:  Good morning, Your Honor.  Henk Taylor
 7      on behalf of AR Utility.
 8                    MR. LEVINSKY:  Allan Levinsky for Citibank.
 9                    MR. WATSON:  Good morning, Your Honor.  Larry Watson
10      on behalf of the United States Trustee.
11                    THE COURT:  Good morning gentlemen.  We set this
12      continued hearing while Mr. Taylor chases his waivers.  Let's
13      see how he's doing.
14                    MR. TAYLOR:  Your Honor, I think we do have a
15      resolution at this point regarding Citibank.  As I told the
16      Court at our last hearing, the only unsecured creditor that had
17      not agreed to execute a waiver at that point was Citibank.  We
18      have  either in hand or will have in hand waivers from
19      everybody else.  Mr. Levinsky is here today on behalf of
20      Citibank.  Citibank, I understand, is not willing to execute a
21      conflict waiver.  But they, by Mr. Levinsky's appearance today,
22      and what I understand is they are not objecting to our
23      representation of the Debtor in this case.  And they have
24      agreed basically that if anything comes up in this case
25      regarding the claim of Citibank, dispute regarding that claim,
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 86   Filed 08/09/05   Entered 08/09/05 15:40:56   Desc
Main Document      Page 2 of 5

```
 1  that our conflicts counsel, who is already in place, Forrester
 2  and Worth, will handle that.
 3            So I believe that should resolve any concerns
 4  regarding Citibank.  Again, I -- they are for whatever reason
 5  not willing to waive the conflict.  But they're not objecting
 6  to our employment in this case.  And they are not, they are
 7  comfortable, apparently, with the procedures that we have put
 8  in place to deal with conflicts regarding the other creditors
 9  in the case.
10            THE COURT:  So what you're proposing to do at this
11  juncture then, Mr. Taylor, is lodge a final order approving the
12  retention of your firm as general counsel?
13            MR. TAYLOR:  Yes, Your Honor.
14            THE COURT:  Okay.  That's the proposal.  Mr.
15  Levinsky?
16            MR. LEVINSKY:  Your Honor, Mr. Taylor has fairly
17  stated what we have.  My client is not comfortable waiving any
18  potential, any conflict or potential conflict, but has no
19  problem with Mr. Taylor's firm going forward as long as there's
20  that firewall that's been built with the conflicts counsel.
21  And we'll just take anything up with them.
22            THE COURT:  Okay.
23            MR. LEVINSKY:  Okay.
24            THE COURT:  Mr. Watson, I don't know if you as
25  Trustee takes any position here or has any other concerns
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 86   Filed 08/09/05   Entered 08/09/05 15:40:56   Desc
Main Document   Page 3 of 5

```
 1  regarding the case right now?
 2          MR. WATSON:  Your Honor, given the waiver of
 3  conflicts and the statements by Citibank, the U.S. Trustee has
 4  no objections at this point.
 5          THE COURT:  All right.  This appears to be an
 6  appropriate way to resolve these matters.  And as a
 7  consequence, I'll authorize Mr. Taylor to upload a final order
 8  reflecting the retention of his firm as general counsel for the
 9  Debtor, subject to the restrictions that have been established
10  in the event a conflict subsequently appears.  And I show a
11  Motion for Reconsideration on August 11th at 2:30 in the case.
12          MR. TAYLOR:  Your Honor, that Motion for
13  Reconsideration, Your Honor, I think is regarding the
14  application to employ Peter Strojnik as special counsel in this
15  case.  I can inform the Court that we are, we're not going to
16  go forward with using Mr. Strojnik any further in the case.  I
17  don't want to tell the Court that they can vacate that hearing.
18  I haven't had a chance to talk with Ms. Reynoso's counsel who
19  filed that motion to reconsider.  So I think we do still need
20  that hearing for next week on that.  But I'm hopeful that by
21  the time we're in front of the Court on that, that we'll have a
22  resolution to it.
23          THE COURT:  Okay.  Well, hopefully that will be true.
24  We'll keep that -- we'll follow that advice, and we'll keep
25  that August 11th hearing on the calendar.  Be adjourned.
```

**A/V▾ TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 86   Filed 08/09/05   Entered 08/09/05 15:40:56   Desc
Main Document    Page 4 of 5

5

```
 1        (Proceedings Concluded)
 2
 3
 4          I certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled matter.
 6
 7   Dated: August 9, 2005              Deborah L. Powers
 8                                    _____
                                      A/V Tronics, Inc.
 9                                    365 E. Coronado Road
                                      Suite #100
10                                    Phoenix, AZ  85004-1525
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A/V▼ TRONICS, INC.**
**E-Reporting and E-Transcription**
Phoenix, AZ (602) 703-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN    Doc 86    Filed 08/09/05    Entered 08/09/05 15:40:56    Desc
Main Document    Page 5 of 5