# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 11, 2005 02:30 PM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) CONTINUED HEARING RE: USE OF CASH COLLATERAL.(FR. 06-30 & 07-07)
   **R / M #:**  20 / 0

2) HEARING RE: MOTION TO RECONSIDER THE APPOINTMENT OF PETER STROJNIK AS SPECIAL COUNSEL FILED BY CYNTHIA REYNOSO.
   **R / M #:**  72 / 0

## Appearances:

J. HENK TAYLOR, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
ROBERT M. KORT, ATTORNEY FOR CYNTHIA REYNOSO
MAUREEN HENRY, ATTORNEY FOR JP MORGAN CHASE
BRIAN N. SPECTOR, ATTORNEY FOR PACIFICARE OF ARIZONA
HANK E. PEARSON, ATTORNEY FOR MERCHANTS BONDING

## Proceedings:

ITEM #1
MR. TAYLOR EXPLAINS WHO THEY HAVE BEEN IN NEGOTIATIONS WITH. IT IS PROPOSED THAT A CONTINUED HEARING BE SET IN EARLY SEPTEMBER AND THAT HE WILL UPLOAD AN INTERIM ORDER APPROVING THE USE OF CASH COLLATERAL THROUGH SEPTEMBER 15, 2005. IT IS BELIEVED THAT THE NOTICE OF DEFAULT HAS BEEN RESOLVED. MR. TAYLOR GOES ON TO STATE THAT HIS CLIENTS WILL HAVE THE AUGUST PAYMENT BY WEDNESDAY.

MS. HENRY ADVISES THAT THEY HAVE RESOLVED SOME ISSUES; YET, IT IS RELATED THAT THEY ARE STILL ASKING FOR CURRENT OPERATING REPORTS.

MR. PEARSON REQUESTS TO SIGN ON THE NEXT STIPULATION.

THE COURT: IT IS NOTED THAT THIS WILL BE A THREE WAY STIPULATED ORDER. A CONTINUED CASH COLLATERAL HEARING WILL BE HELD ON SEPTEMBER 13, 2005 @ 9:15 A.M.

ITEM #2
MR. TAYLOR ADVISES THE COURT THAT A RESPONSE HAS BEEN FILED ON GOES ON TO RECITE THE TERMS, WHICH HAVE RESOLVED THIS ISSUE. IT IS PROPOSED THAT AN ORDER WILL BE LODGED.

MR. KORT IS IN AGREEMENT.

THE COURT: SO NOTED.