
**IT IS SO ORDERED.**

Dated: August 18, 2005



_/s/ George B. Nielsen_
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
LEWIS AND ROCA LLP — LAWYERS
40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3831
Telephone (602) 262-0254

Henk Taylor (AZ Bar No. 016321)
Email: htaylor@lrlaw.com
Scott K. Brown (AZ Bar No. 020390)
Email: sbrown@lrlaw.com
Doyle S. Byers (AZ Bar No. 022374)
Email: dbyers@lrlaw.com

Attorneys for Debtor
AR Utility Specialists, Inc.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AR UTILITY SPECIALISTS, INC., an Arizona Corporation, | ) ) ) | Case No. 2-05-10489 PHX GBN |
| | ) | **STIPULATED ORDER RESOLVING CYNTHIA REYNOSO'S MOTION TO RECONSIDER AND OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY PETER STROJNIK AS SPECIAL COUNSEL** |
| Debtor, | ) | |
| EID# 86-0597466 | ) ) ) ) ) | |

Cynthia Reynoso having filed a Motion to Reconsider and Objection to Debtor's Application to Employ Peter Strojnik as Special Counsel [DE 72] (the "Motion"); the Debtor having filed a response to the Motion; the Court having held a hearing on the Motion on August 11, 2005 where counsel for the Debtor and Ms. Reynoso stated that the parties had resolved this dispute as provided herein; and good cause appearing therefore,



IT IS ORDERED:

1. The Motion is granted in part and denied in part as set forth herein;

2. The Court's Order Authorizing Application to Employ Peter Strojnik as Special Counsel [DE 49] (the "Employment Order") shall stand and remains unaltered;

3. Notwithstanding the Employment Order, the Debtor shall not engage Mr. Strojnik to provide further services to the estate after the entry of this Order;

4. Mr. Strojnik shall have the right to file a fee application in this case and seek approval and payment of any fees and costs as permitted by the Bankruptcy Code and Bankruptcy Rules; and

5. Ms. Reynoso reserves her right to object to Mr. Strojnik's application if and when he files such application.

DATED this \_\_\_\_ day of _____, 2005.

_____
Hon. George B. Nielsen, Jr.
U.S. Bankruptcy Judge

AGREED AS TO FORM AND CONTENT:

LEWIS AND ROCA LLP

By /s/ Hank Taylor
 Hank Taylor
Counsel for Debtor

1662136.1

SNELL & WILMER LLP

By _____/s/ Robert Kort_____
Robert Kort
Counsel for Cynthia Reynoso