```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF ARIZONA


In re:                                  )
                                        )
AR UTILITY SPECIALISTS, INC.   CH. 11   )   2:05-bk-10489-GBN
                                        )
1) CONTINUED HEARING RE: USE OF CASH    )
   COLLATERAL (FR. 06-30 & 07-07)       )
                                        )
2) HEARING RE: MOTION TO RECONSIDER THE )
   APPOINTMENT OF PETER STROJNIK AS     )
   SPECIAL COUNSEL FILED BY CYNTHIA     )
   REYNOSO                              )
```

U.S. Bankruptcy Court
230 N. 1st Avenue
Phoenix, AZ 85003

August 11, 2005
2:26 p.m.

BEFORE THE HONORABLE GEORGE B. NIELSEN, JR., Judge

APPEARANCES:

| | |
|---|---|
| For PacifiCare of Arizona: | Brian N. Spector<br>JENNINGS STROUSS & SALMON, PLC<br>The Collier Center, 11th Fl.<br>201 E. Washington St.<br>Phoenix, AZ 85004-2385 |
| For AR Utility Specialists Inc.: | J. Henk Taylor<br>LEWIS AND ROCA LLP<br>40 N. Central Ave.<br>Phoenix, AZ 85004-4429 |
| For JP Morgan Chase Bank, N.A.: | Maureen Henry<br>COLLINS, MAY, POTENZA, BARAN & GILLESPIE<br>2210 Bank One Center<br>201 North Central Avenue<br>Phoenix, AZ 85004-0022 |

**A/V▼ TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN    Doc 92    Filed 08/18/05    Entered 08/19/05 10:29:33    Desc
Main Document    Page 1 of 11

```
 1    APPEARANCES:   (Continued)

 2    For Merchants Bonding          Hank Pearson
      Company:                       MANN, BERENS & WISNER, LLP
 3                                   2929 N. Central Ave., #1600
                                     Phoenix, AZ 85012-2760
 4
      For Cynthia Reynoso:           Robert Kort
 5                                   SNELL & WILMER, L.L.P.
                                     One Arizona Center
 6                                   400 E. Van Buren
                                     Phoenix, AZ 85004-0001
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
      Proceedings recorded by electronic sound technician, Jo-Ann
25    Stawarski; transcript produced by A/V Tronics, Inc.
```

A/V▾ TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN    Doc 92    Filed 08/18/05    Entered 08/19/05 10:29:33    Desc
Main Document    Page 2 of 11

```
 1              THE CLERK:  05-10489.  AR Utility Specialists.
 2              THE COURT:  Take appearances in all of the
 3    administrative hearing matters.
 4              MR. TAYLOR:  Good afternoon, Your Honor.  Henk Taylor
 5    on behalf of the Debtor.
 6              MS. HENRY:  Good afternoon, Your Honor.  Maureen
 7    Henry on behalf of JP Morgan and Chase Bank.
 8              MR. PEARSON:  Good afternoon, Your Honor.  Hank
 9    Pearson appearing on behalf of Merchants Bonding Company.
10              MR. SPECTOR:  Good afternoon, Your Honor.  Brian
11    Spector of Jennings Strouss and Salmon on behalf of Pacificare.
12              MR. KORT:  Good afternoon, Your Honor.  Robert Korn
13    on behalf of Cynthia Reynoso.
14              THE COURT:  Good afternoon, lady and gentlemen.  Why
15    don't we start with the cash collateral.  We have up -- I
16    entered an interim order again on July 12th which is about to
17    run out.  Let's see what the status is on that matter.  Mr.
18    Taylor?
19              MR. TAYLOR:  Your Honor, the report on cash
20    collateral is that we have been in negotiations with the bank
21    as well as the bonding company and we have reached a, what I'll
22    call a tentative agreement that we'll formalize in another
23    interim order, for use of cash collateral through September
24    15th.  The form of the order will be very similar to the one
25    that Your Honor signed last month for the current period.
```

**A/V TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 3 of 11

```
 1   There will be some changes to it, some at the request of the
 2   bank, some at the request of the bonding company, but nothing
 3   -- nothing new as far as the granting of replacement liens or
 4   anything like that.  More to do with reporting requirements
 5   than anything else.
 6             So, I will let Mr. Pearson and Ms. Henry speak as
 7   well to that, but I think what I would propose to do is set a
 8   continued hearing on this, probably some time in early
 9   September, and will work to get an order uploaded to the Court
10   tomorrow approving this interim use.
11             THE COURT:  All right.  Mr. Taylor's proposing a
12   three-way stipulated cash collateral order extending through
13   September 15th and a hearing prior to September 15th.
14             MR. TAYLOR:  Your Honor, one thing I might add to
15   that.  Last night, the Bank, JP Morgan's businessperson, sent
16   the Company a notice of default under the current order.  We
17   have been working with Ms. Henry and her client on that and I
18   believe we have resolved that notice of default in the sense
19   that we'll cure it by making the modifications they requested
20   to the next order.  So, at this point, the default which was
21   sent -- which the Company, by the way, doesn't believe there
22   was any default but nonetheless, the Bank sent it and we
23   resolved that but Ms. Henry can speak for that.
24             THE COURT:  Okay.  Lady, gentlemen?  Mr. Spector.
25             MR. SPECTOR:  Thank you, Your Honor.  Your Honor,
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 4 of 11

1  Pacificare is -- provides group health insurance to the
2  Debtor's employees and the reason I thought it would be
3  appropriate for me to show up today is that the Debtor has been
4  having a difficult time paying its healthcare insurance timely.
5  In fact, it's due for August and the story that we've been
6  getting when we've contacted the Debtor is that these folks
7  over here, the secured creditors, have the last say and need --
8  they need special approval separate and apart from any cash
9  collateral order before funds are available to pay the monthly
10 premium.  And it just seems to me that -- I would think that
11 it's in the best interest of this estate to see that the
12 employees of the Debtor are -- that their group health coverage
13 remains in effect.  And in that context, I would hope that if
14 the secured creditors have any say, separate and apart from
15 what's already in, as I understand, an approved cash collateral
16 budget, that we get that out of the way so that the health
17 premiums could get paid timely and the health insurance remains
18 in effect.  Perhaps they could speak to that.
19        THE COURT:  All right.  And we'll surely take that
20 up.  It's not a calendared matter but we may be able to see if
21 we can short circuit some pleadings and hearings by discussing
22 that.  Yes, Mr. Taylor?
23        MR. TAYLOR:  Your Honor, I can probably short circuit
24 that.  Mr. Spector has been in contact with me concerning
25 Pacificare's payments quite regularly and I think he may have

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN    Doc 92    Filed 08/18/05    Entered 08/19/05 10:29:33    Desc
Main Document    Page 5 of 11

```
 1   some misinformation or misunderstood something I may have told
 2   me along the way.  There is nothing that the secured creditors,
 3   either the Bank or the bonding company, have required special
 4   regarding authorization to make insurance payments.  These
 5   payments are in the budget.  The August payment's in the
 6   budget.  It's been authorized.  It will be made.  The September
 7   payment is in the budget for the next current order.
 8           The hang-up at the moment regarding the payment of
 9   the August payment is that we have to, under the terms of our
10   current order, move some moneys from a bonded segregated
11   account -- this is for the bonded projects, to the non-bonded
12   DIP account in order to cover an allocated portion of GNA.
13   Once that -- that is required under the current order and it
14   needs to be done before Monday.  Once we get past that, we'll
15   be in a position to make the payment to Pacificare for August
16   and their September -- their September payment is in the
17   budget.  The Debtor will -- understands the importance of
18   health insurance, obviously, to its workers, so we intend to
19   make those payments, Your Honor.
20           THE COURT:  Can you provide an estimate of when
21   Pacificare can expect its payment for August?
22           MR. TAYLOR:  If I could have a moment to talk with my
23   client, Your Honor, perhaps I can.
24           THE COURT:  All right.  Let's see if we can do that.
25           MR. TAYLOR:  Your Honor, they'll have the August
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN    Doc 92    Filed 08/18/05    Entered 08/19/05 10:29:33    Desc
Main Document    Page 6 of 11

```
 1  payment by Wednesday and I think we've already discussed with
 2  Mr. Spector how that can be delivered.
 3            THE COURT:  Okay.  I believe that's the best I can
 4  do, Mr. Spector, for an uncalendared item.  You can expect
 5  payment on Wednesday.  All right.  Let's turn to the secured
 6  creditor.  Yes.
 7            MR. SPECTOR:  Thank you.
 8            THE COURT:  Surely.  Ms. Henry?
 9            MS. HENRY:  Thank you, Your Honor.  Yes, Mr. Taylor
10  has worked very, very hard this morning, overcoming some rather
11  strenuous objections to continuing the cash collateral order
12  but I do believe that we've resolved some issues.  There were
13  some records and reports that we couldn't seem to reconcile.
14  The numbers just weren't adding up.  We've asked for more
15  specific reports.  I have to report the Bank has not been happy
16  with the reports provided so far but we have received
17  assurances that that will be corrected.  That we'll be
18  receiving things like original bank statements and checks that
19  are written.  And also, there will be reconciliation so that
20  the bank account match the projections and the pro formas that
21  have been provided.  So, on that basis and some other more
22  minor things, including the insurance issue, I should mention
23  the Bank was also concerned about that and we'd ask that those
24  be detailed and broken out more specifically in the reports
25  because it's just been one lump sum provided and that number
```

**A/V TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 601-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 7 of 11

```
 1  keeps growing and so the Bank had some concerns about that.
 2  But -- and we've asked that monthly operating reports be
 3  current.  I understand those are forthcoming, so -- and there
 4  were some agreements regarding payments.  There's a delinquency
 5  of about $4,700 for August and then the payments will continue
 6  after September.
 7           So, based on those assurances and those all will be
 8  contained in the cash collateral order until September 15th.
 9  The Bank has agreed to go forward.  Thank you.
10           THE COURT:  Mr. Pearson, any comments?
11           MR. PEARSON:  Good afternoon, Your Honor.  Actually,
12  Merchants Bonding has nothing more to add to what Mr. Taylor
13  had to say.  We're in agreement with the interim cash
14  collateral order and we're fine with the way it's been
15  presented to the Court.
16           THE COURT:  Okay.  And you want to be a signatory on
17  the next order, I take it?
18           MR. PEARSON:  Yes.
19           THE COURT:  Okay.  All right.  Well, the cash
20  collateral matters, understand, and there's an agreement in
21  principle which will extend with some modifications, additional
22  undertakings reflected in a three-way stipulated order.  We'll
23  take -- extending authority through September 15th.  May we
24  have a continued cash collateral hearing set, please, shortly
25  before September 15th?  I think we can -- 15 minutes should be
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN    Doc 92    Filed 08/18/05    Entered 08/19/05 10:29:33    Desc
Main Document    Page 8 of 11

```
 1  sufficient.
 2          THE CLERK:  September 13th at 9:15.
 3          THE COURT:  I'll set a continued cash collateral
 4  hearing in this courtroom on September 13th at 9:15.  The
 5  remaining matter on the calendar is the request for appointment
 6  of special counsel, Mr. Strojnik, and I've seen the motion.  I
 7  haven't seen a response but I believe I was told at an earlier
 8  hearing that there was some consideration being given to
 9  possibly withdrawing that application.  Mr. Taylor.
10          MR. TAYLOR:  Your Honor, we actually did file a
11  response ye- late yesterday but I can report that I think we
12  have the motion to reconsider resolved.  We've agreed with Ms.
13  Reynoso that Mr. Strojnik's employment order -- application
14  will not be withdrawn.  The order that the Court has already
15  entered approving his employment will stand, but the Company
16  has agreed not to employ him any further in the case.  So, he
17  will be permitted an opportunity to submit a fee application
18  based on his work that has been performed and Ms. Reynoso will
19  have an opportunity, if she so chooses, like any other
20  creditor, to review that application and object to it if she
21  feels that's necessary.
22          But as far as his continued going forward employment
23  in the case, the Company has agreed not to use him any further,
24  Your Honor.  And I think what we would propose is to lodge an
25  order with the Court -- an order on their pending motion to
```

A/V TRONICS, INC.
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 9 of 11

```
 1  reconsider that, in essence, grants it in part and denies it in
 2  part and contains this provision that essentially the order
 3  will stand employing him but he will not be employed any
 4  further in the case and he can file a fee application.
 5          THE COURT:  Mr. Kort?
 6          MR. KORT:  Yeah.  That's -- that's acceptable, Your
 7  Honor, and I was just going to add but Mr. Taylor did, that I
 8  think we ought to submit something so that the order's
 9  reflected -- is modified to reflect that he will not be
10  employed from this date forward and then when he submits the
11  fee application, we'll look at it at that point in time.
12          THE COURT:  All right.  Do we need a stipulated order
13  to that effect or is it sufficient if one of the counsel here
14  drafts the order and simply serves it on the other?
15          MR. TAYLOR:  I'm fine.
16          MR. KORT:  Yeah.  I think that's fine.  We can do a
17  stipulation.
18          THE COURT:  All right.  Who's our draftsman, then?
19          MR. TAYLOR:  I'll probably volunteer that, Your
20  Honor, and I'll make sure Mr. Kort is okay with that order.
21          THE COURT:  Okay.  All right.
22          MR. KORT:  Thank you, Your Honor.
23          THE COURT:  Yes.  All right.  That matter's been
24  skillfully resolved.  Anything further in connection with this
25  case?  Lady or gentlemen?
```

**A/V TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 10 of 11

```
 1             MR. TAYLOR:  Not for the Debtor.
 2             THE COURT:  I believe we're done.
 3        (Proceedings Concluded)
 4
 5
 6
 7
 8             I certify that the foregoing is a correct transcript
 9   from the record of proceedings in the above-entitled matter.
10                                    _Laura K. Hart_____
11   Dated: August 17, 2005           A/V Tronics, Inc.
                                      365 E. Coronado Road
12                                    Suite #100
                                      Phoenix, AZ  85004-1525
13
14
15
...
25
```

**A/V▼ TRONICS, INC.**
E-Reporting and E-Transcription
Phoenix, AZ (602) 263-0885
Tucson, AZ (520) 661-3553

Case 2:05-bk-10489-GBN   Doc 92   Filed 08/18/05   Entered 08/19/05 10:29:33   Desc
Main Document   Page 11 of 11