STEVEN N. BERGER, SBA #009613
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@engelmanberger.com
_____

Attorneys for CSK Partnership

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AR UTILITY SPECIALISTS, INC., an Arizona corporation,<br><br><br>Debtor | Chapter 11<br><br>Case No. 2:05-bk-10489-GBN<br><br>**APPLICATION OF CSK PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM** |

This application is made by CSK Partnership, an Arizona Partnership ("CSK"), for the allowance and payment of an administrative priority claim in the minimum amount of $15,000.00 (plus accrued expenses which are still being calculated) pursuant to Bankruptcy Code § 503(b)(1)(A). This amount represents the agreed upon monthly compensation as provided in that certain Consulting Agreement entered into by CSK and the Debtor. This amount is for the services of the personnel of CSK, and more specifically Thomas L. Kummer who at the time of the filing of the Debtor's petition was designated as an officer and director of the Debtor, and performed these services until his recent resignation.

In support of this Application, CSK states as follows:

1. On or about May 12, 2005, the Debtor and CSK entered into a Consulting Agreement wherein the Debtor was obligated to pay a minimum monthly fee of $15,000.00 for the employment

1. of Raymond Cabreja and Thomas Kummer as the President and Treasurer (respectively) of the Debtor.

2. The Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on June 10, 2005.

3. CSK continued to provide services to the Debtor post-petition, including providing Thomas Kummer's declaration on behalf of the Debtor with regard to the Debtor's request for approval of various First Day Motions, and completing all duties and assignments made by the Debtor.

4. The Debtor generally paid CSK for its post-petition services and the services of its personnel.

5. On or about January 8, 2006, Thomas Kummer provided notice of his resignation as an officer of the Debtor to Mr. Alex Reynoso (in accordance with the requirements of the Consulting Agreement) and provided thirty (30) days notice of the termination of the Consulting Agreement.

6. The Debtor has not paid CSK for the services rendered by its personnel for the final 30-day period, nor has it reimbursed CSK for expenses incurred on behalf of the Debtor in providing those services.

Wherefore, CSK requests that this Court enter its order approving this Application; finding that the services described in the Application were actual, necessary and reasonable; and that CSK be allowed an administrative claim in the amount of at least $15,000.00 (plus accrued expenses to be calculated) to compensate it for the services provided.

DATED this 10th day of February, 2006.

**ENGELMAN BERGER, P.C.**

By  /s/ SNA #009613
    Steven N. Berger
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012
    Attorneys for CSK Partnership

/ / /

/ / /

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 10th day |
| 2 | of February, 2006 to: |
| 3 | Elizabeth C. Amorosi |
| | U.S. Trustee's Office |
| 4 | 230 North 1st Avenue, Suite 204 |
| | Phoenix, Arizona  85003 |
| 5 | |
| | Doyle S. Byers |
| 6 | J. Henk Taylor |
| | Scott K. Brown |
| 7 | Lewis and Roca LLP |
| | 40 North Central Avenue |
| 8 | Phoenix, Arizona  85004 |
| | Attorneys for Debtor |
| 9 | |
| | Dan Daniel P. Collins |
| 10 | Collins May et al. |
| | 201 N. Central Ave., Suite 2210 |
| 11 | Phoenix, Arizona 85073 |
| 12 | Robert J. Berens |
| | Mann Berens & Wisner LLP |
| 13 | 2929 N. Central, Suite 1600 |
| | Phoenix, AZ 85012-2670 |
| 14 | |
| 15 | /s/ Suzanne Hickey |