EXHIBIT 1

1491622.1

# *PETER STROJNIK, P.C.*
### ATTORNEY AT LAW

# STATEMENT OF ACCOUNT

**Client :**   ARUSI
**Matter:**   General Corporate Counsel
**Date   :**   06-28-05 to 07-22-05
**Rate   :**   $325.00/hr

### ATTORNEY'S FEES

| CASE | DATE | DESCRIPTION | TIME |
|------|------|-------------|------|
| BK | 06-28-05 | 1. Conference with Doyle re: appointment of counsel. (0.30) | 0.30 |
| General | 06-28-05 | 1. Attendance at ARUSI general meeting by Mike Reynoso. (1.50)<br>2. Conference with treasurer and controller re status of financial affairs. (1.50)<br>3. Conference with President regarding the status of the Company, Company morale, the need for further reductions in work force, and other pressing matter. (2.00) | 5.00 |
| BK | 06-30-05 | 1. Attendance at continued hearing on cash collateral and other matters. (1.00)<br>2. Conference with Tom Kummer regarding the status of the Company and the projections. (0.50) | 1.50 |

3030 NORTH CENTRAL AVENUE · SUITE 1401 – PHOENIX – ARIZONA – 85012-2712
TEL: 602.297.3019 – FAX: 602.297.3176 – CELL: 602.524.6602 – EMAIL: STROJNIK@AOL.COM
WEBSITE: WWW.STROJNIK.COM

| | | | |
|---|---|---|---|
| BK | 07-05-05 | 1. Conference with Dan Collins re potential for purchasing Bank One position. (0.30)<br>2. Review and analysis of e-mail containing stipulation regarding the stay. (0.30)<br>3. Preparation, review and submission of e-mail to Scott and later Henk re same. (0.30)<br>4. Review and analysis of e-mail from Alex re proposed letter to Bank One. (0.30)<br>5. Preparation, review and submission of e-mail to Alex re: letter and the conversation with Dan Collins. (0.30)<br>6. Review and analysis of e-mail from Henk re Order is not going to be signed until Thursday. (0.30) | 1.80 |
| General | 07-06-05 | 1. Conference with Alex re: status of various matters. (0.30)<br>2. Conference with Tom Kummer re: financial condition of the company. (0.50) | 0.80 |
| Eduardo Alonzo Cynthia Reynoso | 07-06-05 | 1. Conference with Dee re: status of documentation on Alonzo. (0.30)<br>2. Conference with Dee re: status of documentation on Cynthia. (0.30)<br>3. Review Alonzo and Reynoso pleadings filed in State Court to determine the need for amendment and/or redrafting. (0.75) | 1.35 |
| BK | 07-06-05 | 1. Conference with Henk re: appearance today. (0.30)<br>2. Conference with Tom re status of cash collateral discussions. (0.30)<br>3. Attendance at continued hearing. Post hearing discussions with Dan Collins, Henk and Alex. (1.25)<br>4. Review and analysis of e-mail from Dan Collins regarding various bankruptcy issues. (0.30)<br>5. Review and analysis of e-mail from Henk re same. (0.00)<br>6. Preparation, review and submission of e-mail to Henk and Alex re same. (0.30)<br>7. Review and analysis of e-mail from Henk re Alex' financial statement, and review the same. (0.30)<br>8. Review and respond to numerous other e-mails. (0.30)<br>9. Preparation, review and submission of Notice to Court re Order Re Motion To Enforce Automatic Stay. (0.30) | 3.35 |
| General | 07-05-08 | 1. In office conference with Alex re various corporate matters and matters involving | 0.50 |

| | | | |
|---|---|---|---|
| | | Alonzo and Cynthia. (0.50) | |
| General | 07-08-05 | 1. Conference with client re letter from Robert Kort (0.30)<br>2. Review and analysis of 42 page letter from Robert Kort; analysis of how it impacts on claims against Alonzo and Cynthia Reynoso. (1.50)<br>3. Review and analysis of Notice of Bar Date To File Objections To Application For Authority To Employ L & R. (0.30) | 2.10 |
| General | 07-11-05 | 1. Review and analysis of e-mail from Marilyn (LR) re losses suffered by ARUSI during the year preceding the filing. (0.30)<br>2. Review and analysis of accounting received from Barry Young regarding payments to Alonzo, Mrs. Reynoso and Hinojos. (1.00) | 1.30 |
| General | 07-12-05 | 1. Preparation, review and submission of e-mail to Marilyn re losses suffered by ARUSI during the year preceding the filing. (0.30)<br>2. Exchange e-mails with Marilyn re same. (0.30) | 0.60 |
| Reynoso v. ARUSI | 07-12-05 | 1. Review and analysis of Plaintiff's Response To Defendants' Motion To Dismiss. (0.50)<br>2. Preparation, review and submission of Defendants' Reply to Plaintiff's Response To Defendants' Motion To Dismiss. (1.50)<br>3. Review and analysis of Response to Petition For Contempt Of Court For Violation Of Preliminary Injunction. (0.30)<br>4. Preparation, review and submission of Reply to Response to Petition For Contempt Of Court For Violation Of Preliminary Injunction. (1.00)<br>5. Conference with Tom re status of the case, including the conflict issues with Home Depot underwriter. (0.30) | 3.60 |
| General | 07-13-05 | 1. Conference with Alex re: status of the case. (0.30)<br>2. Conference with Henk re status of the conflicts waivers (0.30)<br>3. Conference with Alex re update. (0.30)<br>4. Review and analysis of e-mail from Marilyn (LR) re Schedules and Statement of Financial Affairs. (0.75) | 1.65 |
| General | 07-15-05 | 1. Conference with Alex re subpoena for corporate records. Alex will forward to me for review and instructions re compliance. (0.30) | 2.10 |

| | | | |
|---|---|---|---|
| | | 2. Review and analysis of Subpoena Duces Tecum. (0.30)<br>3. Conference with Alex re same: produce the available corporate documents, do not produce any attorney-client documentation, we will review attorney work product, if any. (0.30)<br>4. Conference with Tom re update on the BK. (0.30)<br>5. Conference with Alex re status of company. (0.30)<br>6. Conference with Louis Jacobo re: Subpoena for his records – I will review and give instructions. (0.30)<br>7. Conference with Tom re discussions with Ray and Alex. (0.30)` | |
| BK | 07-15-05 | 1. Review Cynthia Reynoso's Motion To Reconsider And Objection To Employment Of Peter Strojnik. (1.00) | 1.00 |
| BK | 07-18-05 | 1. Conference with Alex re update on all BK matters. (0.30)<br>2. Review and analysis of e-mail regarding the noticing of Motion To Reconsider for OA on August 11, 2005, at 2:30. (0.30) | 0.60 |
| General | 07-20-05 | 3. Conference with Alex at ARUSI re continued representation. (0.50)<br>4. Conference with Alex and Tom re various corporate and bankruptcy issues. (2.50) | 3.00 |
| Reynoso v. ARUSI | 07-22-05 | 1. Review and analysis of minute entry; calendar same. (0.30) | 0.30 |
| General | 07-22-05 | 1. Attendance at the meeting of the board of directors of ARUSI. (3.50)<br>2. Preparation, review and submission of letter of resignation. (2.50) | 6.00 |
| | | **ATTORNEY TIME TOTAL** | **36.85** |

## COSTS

| CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| General | 06-10-05 | Shareholder's Meeting Transcript | $115.25 |
| ARUSI v Reynoso | 06-14-05 | Service of Process – Ed Alonzo (Subpoena) | $79.00 |
| ARUSI v Reynoso | 06-14-05 | Service of Process – (Subpoena) | $49.00 |
| ARUSI v Reynoso | 06-14-05 | Issuance of Subpoena | $18.00 |
| ARUSI v Reynoso | 06-14-05 | Service of Process – (Subpoena) | $30.00 |
| ARUSI v | 06-14-05 | Service of Process – (Subpoena) | $49.00 |

| Reynoso | | | | |
|---|---|---|---|---|
| ARUSI v Reynoso | 06-14-05 | Issuance of Subpoenas – Court Costs | | $54.00 |
| ARUSI v Reynoso | 06-20-05 | Filing fee | | $231.00 |
| General | 06-21-05 | Corporate Seal | | $27.01 |
| Reynoso v. Reynoso | 07-06-05 | Service of Process- Cynthia Reynoso | | $65.00 |
| Reynoso V Reynoso | 07-06-05 | Answer fee | | $191.00 |
| | | **COSTS TOTAL** | | **$908.26** |

## PAYMENTS AND CREDITS

| CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | None this period | |

## SUMMARY OF ACCOUNT

| PREVIOUS BALANCE | $0.00 |
|---|---|
| CURRENT FEES | $11,976.25 |
| CURRENT COSTS | $908.26 |
| PAYMENTS AND CREDITS | $0.00 |
| **NEW BALANCE** | **$12,884.51** |