Robert J. Berens (012056)
**MANN, BERENS & WISNER, LLP**
2929 North Central Avenue, Suite 1600
Phoenix, Arizona 85012-2760
Telephone: (602) 258-6200
Facsimile: (602) 258-6212
Email: rberens@mbwlaw.com

Attorneys for Merchants Bonding Company

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

AR UTILITY SPECIALISTS, INC., an Arizona corporation,

Debtor.

) Chapter 11
)
) Case No. 2:05-10489-PHX-GBN
)
) **LIMITED OBJECTION TO FEE APPLICATIONS FILED BY: (1) LEWIS & ROCA, LLP, (2) FORRESTER & WORTH, PLLC, (3) PETER STROJNIK, P.C.**

Merchants Bonding Company ("Merchants") hereby files its Limited Objection to the Applications for Compensation and Reimbursement of Expenses (the "Fee Applications") filed by Lewis & Roca, LLP, Forrester & Worth, PLLC, and Peter Strojnik P.C. (collectively the "Applicants"). The basis for this Limited Objection is the Applicants should not be paid until Merchants' liens and super-priority claims are paid in full. Additionally, Merchants' claims an equitable lien to the Bonded Project Proceeds that were paid to Lewis and Roca as a retainer on or about June 9, 2006.

## I. POST PETITION LIENS WERE GRANTED FOR USE OF BONDED PROJECT PROCEEDS FOR THE DEBTOR'S GENERAL AND ADMINISTRATIVE EXPENSES

The Stipulation for Use of Cash Collateral (the "Stipulation") (docket entry 116) grants Merchants a security interest against the Debtor's assets "to the extent any Bonded Project Proceeds are or have been used by [the Debtor] since the Petition Date to pay General and Administrative Expenses." See ¶ 13.4, Stipulation. In the event the protections in the Stipulation were not adequate, Merchants was granted a super priority claim under 11 U.S.C. § 507(b) ("Code § ___). Merchants' consultant, HarnerEvans, has calculated that the Debtor used $160,424.00 of Merchants' Bonded Project Proceeds for the Debtor's General and Administrative Expenses. Thus, Merchants has a lien, and to the extent necessary, a claim under Code § 507(b), in the amount of $160,424.00.

## II. THE SHORTFALL LIEN FOR USE OF BONDED PROJECT PROCEEDS IN THE SECOND RESTRICTED ACCOUNT

The Stipulation also established what was referred to as the "Shortfall Amount." See ¶ 13.2.4, Stipulation. The Shortfall Amount was quantified at $66,903.19 in the Amendment to Stipulation for Use of Cash Collateral (the "Amendment") (docket entry 149). Subject to establishing to this court that Merchants held an equitable lien[1] on the monies used by the Debtor in the Second Restricted Amount, Merchants was granted a replacement lien on the Debtor's assets in the amount of $66,903.19. See ¶ 13.2.5, Stipulation; ¶¶ 1, 2 and 3,

Amendment. To the extent the replacement lien for the Shortfall Amount was not adequate, Merchants was granted a super priority claim under Code § 507(b). See ¶ 13.2.5.2, Stipulation; ¶ 8, Second Amendment to Stipulation for Use of Cash Collateral and New Post-Petition Financing Agreement (the "Second Amendment") (docket entry 163).

## III. BONDED PROJECT PROCEEDS WERE PAID TO LEWIS AND ROCA

on or about June 9, 2005 Lewis and Roca was paid $75,000 to be held as a retainer in the firm's trust account. Merchants has traced the source of the funds paid to counsel as Merchants' Bonded Project Proceeds. The Bonded Project Proceeds were received by the Debtor on June 1 and 3, 2005 and deposited into the Debtor's Chase Bank High Balance Savings Account. See Exhibits "A" and "B" attached hereto. The funds were then transferred to another account at Chase Bank held by the Debtor. See Exhibit "C" attached hereto. From this second account the $75,000 payment was made to counsel. Utilizing the "lowest intermediate balance" rule, the funds paid to Lewis and Roca can be traced to the Bonded Project Proceeds paid on June 1 and 3, 2005. See In re Skagit Pacific Corp., 316 B.R. 330, 338 (Bankr. 9th Cir. 2004). Merchants objects to the Court granting payment of the retainer until this issue is heard and determined by the Court.

---

[1] Merchants claims and equitable lien to the extent of its losses pursuant to Pearlman v. Reliance Ins. Co., 371 U.S. 132 (1962); In re Fergert, Inc., 887 F.2d 955, 958-959 (9th Cir. 1989) (Court followed Pearlman and stated that a surety that pays subcontractors and materialmen has an equitable line on the contract balances, including progress payments, that is superior to the debtor's claim to the funds).

## IV. CONCLUSION

The Court should note that Merchants is not objecting to allowance of the fees and expenses sought by the Applicants. Rather, Merchants respectfully requests that no payments of administrative claims be ordered in light of Merchants' liens and claims under Code § 507(b). Additionally, Merchants respectfully requests that payment to Lewis and Roca of the balance of the retainer received on or about June 9, 2005 not be ordered until the issue of Merchants' claim to these funds is heard and determined by this Court.

RESPECTFULLY SUBMITTED this 12 day of April, 2006.

MANN, BERENS & WISNER, L.L.P.

By /s/ Robert J. Berens
Robert J. Berens
Attorneys for Merchants Bonding Company

COPY of the foregoing mailed
this 12th day of April, 2006, to:

Hank Taylor,
Scott K. Brown
Lewis and Roca
40 North Central Avenue
Phoenix, AZ 85004-4429
Attorneys for Debtor

John Worth
Forrester & Worth
3636 North Central Avenue, Suite 700
Phoenix, AZ 85012-1927

| | |
|---|---|
| 1 | Peter Strojnik |
| 2 | Peter Strojnik, PC |
|   | 3030 North Central Avenue, Suite 1401 |
| 3 | Phoenix, AZ 85012 |
| 4 | *[signature]* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

# ARUSI, Inc
## Deposits
## June 2005

June 23, 2005

| Date | Customer | Amount |
|---|---|---|
| **Bank One Checking** | | |
| 06/02/05 | SRP-HMC | 8,598.55 |
| 06/06/05 | Arizona Public Service Company | 6,031.00 |
| 06/13/05 | SRP-VMR | 10,608.32 |
| 06/09/05 | Arizona Public Service Company | 11,531.50 |
| 06/13/05 | Southwest Gas Corporation | |
| **Bank One Savings** | | |
| 06/01/05 | Govt8(A) | 93,922.92 |
| 06/03/05 | Govt8(A) | 22,496.38 |
| 06/03/05 | Govt8(A) | 170,262.91 |
| 06/03/05 | Govt8(A) | 70,674.34 |
| **Wells Fargo Checking** | | |
| 06/13/05 | Southwest Gas Corporation | 64,473.00 |
| 06/17/05 | Lawyers Title Insurance Corp | 14,958.00 |
| 06/17/05 | Southwest Gas Corporation | 6,563.66 |
| 06/20/05 | Cox Communications | 2,700.00 |
| 06/22/05 | Arizona Public Service Company | 1,438.50 |
| | | 484,259.08 |

**EXHIBIT A**

**BANK≡ONE.**  **CHASE ⬥**

June 01, 2005 through June 30, 2005
Primary Account: 000000655989440



## BANK ONE BUSINESS HIGH BALANCE SAVINGS

AR UTILITY SPECIALISTS INC
PO BOX 20852

Account Number: 000000033437559

### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
| --- | --- | --- |
| Beginning Balance |  | $33,515.09 |
| Deposits and Additions | 6 | 430,913.04 |
| Electronic Withdrawals | 2 | - 330,000.00 |
| Ending Balance | 8 | $134,428.13 |

| | |
| --- | --- |
| Annual Percentage Yield Earned This Period | 1.91% |
| Interest Paid This Period | $216.38 |
| Interest Paid Year-to-Date | $395.82 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION |  | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- |
|  | Beginning Balance |  |  | $33,515.09 |
| 06/01 | Dias-Kc | Vendor Pay 1Glb7 | 93,922.92 | 127,438.01 |
| 06/02 | Dias-Kc | Vendor Pay 1Glb7 | 192,759.29 |  |
|  | Dias-Kc | Vendor Pay 1Glb7 | 70,674.34 | 390,871.64 |
| 06/03 | Ton Account Transfer Debit |  | - 30,000.00 | 360,871.64 |
| 06/09 | Ton Account Transfer Debit |  | - 300,000.00 | 60,871.64 |
| 06/17 | Deposit |  | 1,090.49 | 61,962.13 |
| 06/29 | Dias-Kc | Vendor Pay 1Glb7 | 72,249.62 | 134,211.75 |
| 06/30 | Interest Payment |  | 216.38 | 134,428.13 |
|  | Ending Balance |  |  | $134,428.13 |

**EXHIBIT B**

**BANK≡ONE.**    **CHASE ◯**

June 01, 2005 through June 30, 2005
Primary Account: 000000655989440

CONVENIENT. SAFE. SIMPLE. PRACTICAL. SEE YOUR CHECKS ONLINE.
YOUR CHECK IMAGES ARE CONVENIENTLY AVAILABLE AT WWW.BANKONE.COM
VIEW OR PRINT YOUR CHECK IMAGES ANYTIME. IN ADDITION, YOU CAN SEE
YOUR RECENT STATEMENTS ONLINE AND USE THEM AS YOU WOULD YOUR
PAPER STATEMENTS. NO MORE PAPER TO STORE, FILE AND SAFEGUARD.

DUPLICATE STATEMENT

**BANK≣ONE.**

JPMorgan Chase Bank, N.A.
Arizona Market
P O Box 260180
Baton Rouge, LA 70826-0180

AR UTILITY SPECIALISTS INC
PO BOX 20852
PO BOX 20852
PHOENIX AZ 85036-0852

**CHASE** ⬡

June 01, 2005 through June 30, 2005

Account Number  000000001749873

**CUSTOMER SERVICE INFORMATION**

| WebSite: | www.BankOne.com |
| Service Center: | 1-800-404-4111 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-877-428-9707 |

## CHECKING SUMMARY — Bank One Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $86,954.58 |
| Deposits and Additions | 6 | 356,537.83 |
| Checks Paid | 78 | - 277,290.57 |
| Electronic Withdrawals | 13 | - 99,151.60 |
| Other Withdrawals, Fees & Charges | 1 | - 147.05 |
| Ending Balance | 98 | $66,903.19 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION |  | AMOUNT |
|---|---|---|---|
| 06/02 | Deposit |  | $8,598.55 |
| 06/03 | Ton Account Transfer Credit |  | 30,000.00 |
| 06/06 | Deposit |  | 6,031.00 |
| 06/09 | Deposit |  | 11,531.50 |
| 06/09 | Ton Account Transfer Credit |  | 300,000.00 |
| 06/13 | AR Utility - Cheachreturns 2860597466 | OTC | 376.78 |
| **Total Deposits and Additions** |  |  | **$356,537.83** |



EXHIBIT C

**BANK≡ONE.**   **CHASE ⚪**

June 01, 2005 through June 30, 2005

Account Number: 000000001749873

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement  ➡ $_____ 66,903.19

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance

   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions  ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   Check Number   Date   Amount
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____

   Total all withdrawals and subtractions
   ➡ - $_____

4. This total should match the current balance
   in your checkbook  ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account.

### BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

  Member FDIC

**BANK ONE.**     **CHASE** 

June 01, 2005 through June 30, 2005

Account Number 000000001749873

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---:|---|---|---:|
| 28136 | 06/02 | $1,200.00 | 28206 | 06/09 | 212.94 |
| 28143 * | 06/15 | 28.00 | 28207 | 06/09 | 470.40 |
| 28149 * | 06/09 | 49.70 | 28208 | 06/09 | 389.11 |
| 28159 * | 06/02 | 997.89 | 28209 | 06/09 | 674.11 |
| 28164 * | 06/15 | 331.32 | 28210 | 06/09 | 421.74 |
| 28168 * | 06/02 | 852.15 | 28211 | 06/09 | 380.24 |
| 28172 * | 06/03 | 26,866.00 | 28212 | 06/09 | 865.60 |
| 28173 | 06/03 | 15,330.31 | 28213 | 06/09 | 306.00 |
| 28174 | 06/03 | 1,062.48 | 28214 | 06/09 | 659.49 |
| 28175 | 06/07 | 214.25 | 28215 | 06/09 | 463.13 |
| 28176 | 06/07 | 690.07 | 28216 | 06/09 | 849.10 |
| 28177 | 06/03 | 25,339.37 | 28217 | 06/09 | 391.10 |
| 28179 * | 06/09 | 2,275.85 | 28218 | 06/09 | 3,225.00 |
| 28180 | 06/09 | 21,623.72 | 28219 | 06/09 | 154.73 |
| 28181 | 06/09 | 75,000.00 | 28220 | 06/09 | 215.32 |
| 28182 | 06/09 | 39,000.00 | 28221 | 06/09 | 361.05 |
| 28183 | 06/09 | 22,033.00 | 28222 | 06/09 | 919.56 |
| 28184 | 06/09 | 686.07 | 28223 | 06/09 | 595.06 |
| 28185 | 06/09 | 52.15 | 28224 | 06/09 | 839.76 |
| 28186 | 06/09 | 5,940.45 | 28225 | 06/09 | 689.41 |
| 28187 | 06/09 | 2,294.72 | 28226 | 06/09 | 968.86 |
| 28188 | 06/09 | 309.46 | 28227 | 06/09 | 965.88 |
| 28189 | 06/09 | 603.39 | 28228 | 06/09 | 842.32 |
| 28190 | 06/09 | 177.02 | 28229 | 06/09 | 546.95 |
| 28191 | 06/09 | 180.08 | 28230 | 06/09 | 892.54 |
| 28192 | 06/09 | 287.89 | 28231 | 06/09 | 671.39 |
| 28193 | 06/09 | 348.62 | 28232 | 06/09 | 433.38 |
| 28194 | 06/09 | 544.05 | 28233 | 06/09 | 587.22 |
| 28195 | 06/09 | 461.92 | 28234 | 06/09 | 776.06 |
| 28196 | 06/09 | 593.85 | 28235 | 06/09 | 109.47 |
| 28197 | 06/09 | 154.99 | 28236 | 06/09 | 339.00 |
| 28198 | 06/09 | 188.39 | 28237 | 06/09 | 981.02 |
| 28199 | 06/09 | 603.86 | 28238 | 06/09 | 499.47 |
| 28200 | 06/09 | 2,872.81 | 28239 | 06/09 | 842.97 |
| 28201 | 06/09 | 276.26 | 28240 | 06/09 | 1,134.67 |
| 28202 | 06/09 | 251.69 | 28241 | 06/09 | 535.99 |
| 28203 | 06/09 | 251.68 | 28242 | 06/09 | 510.81 |
| 28204 | 06/09 | 251.69 | 28243 | 06/09 | 196.92 |
| 28205 | 06/09 | 827.65 | 28244 | 06/09 | 1,320.00 |

Total Checks Paid     $277,290.57

**BANK≣ONE.**     **CHASE ✪**     June 01, 2005 through June 30, 2005

Account Number 000000001749873

* Checks may not appear on your bank statement because they have not yet cleared, appeared on a previous statement, or cleared as an electronic withdrawal and will be listed under the "electronic withdrawals" section of your statement. Some Online Bill Payment transactions are assigned six-digit check numbers and appear under "checks paid" causing non-sequential check numbers.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | TTPS         Taxpayment 1760431         CCD | $19,822.71 |
| 06/01 | TTPS         Taxpayment 1760431         CCD | 1,832.54 |
| 06/01 | Business Bankingicpayment 004500/9119004     PPD | 1,442.36 |
| 06/02 | Auto-Owners    Ins. Prem Cb003405367     PPD | 4,277.14 |
| 06/03 | Checking      2860597466 2860597466     OTC | 4,314.52 |
| 06/03 | American United Pensionpmt GA31901   0000   PPD | 4,098.13 |
| 06/03 | American United Pensionpmt GA31901   0000   PPD | 3,692.75 |
| 06/03 | TTPS Bill      Bank Chrg 000000001760431   PPD | 24.00 |
| 06/03 | Merchant Bnkcd Discount 421200893889    CCD | 12.00 |
| 06/10 | Checking      2860597466 2860597466     OTC | 54,688.01 |
| 06/15 | Banc One Leasingeqp Pymt 1000116875     CCD | 1,791.60 |
| 06/15 | Banc One Leasingeqp Pymt 1000118396     CCD | 1,160.13 |
| 06/17 | Checking      2860597466 2860597466     OTC | 1,995.71 |
| **Total Electronic Withdrawals** | | **$99,151.60** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | Account Analysis Settlement Charge | $147.05 |
| **Total Other Withdrawals, Fees & Charges** | | **$147.05** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/01 | $83,856.97 |
| 06/02 | 65,128.34 |
| 06/03 | 14,388.78 |
| 06/06 | 20,419.78 |
| 06/07 | 19,515.46 |
| 06/09 | 126,668.23 |
| 06/10 | 71,980.22 |
| 06/13 | 72,357.00 |
| 06/15 | 68,898.90 |
| 06/17 | 66,903.19 |

DUPLICATE STATEMENT

**BANK≡ONE.**

JPMorgan Chase Bank, N.A.
Arizona Market
P O Box 260180
Baton Rouge, LA 70826-0180

**CHASE**

June 01, 2005 through June 30, 2005
Primary Account: 000000655989440

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.BankOne.com |
| Service Center: | 1-800-404-4111 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-877-428-9707 |

00008276 DDA 601 1 A 10205 NNN T 1 000000000 62

AR UTILITY SPECIALISTS INC
PO BOX 20852
PO BOX 20852
PHOENIX AZ 85036-0852



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bank One Basic Business Checking 000000655989440 | $1,101.82 | $579.80 |
| Total | $1,101.82 | $579.80 |
| **Savings** | | |
| Bank One Business High Balance Savings 000000033437559 | 33,515.09 | 134,428.13 |
| Total | $33,515.09 | $134,428.13 |
| **TOTAL ASSETS** | $34,616.91 | $135,007.93 |

All Summary Balances shown are as of June 30, 2005 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**BANK≣ONE.**     **CHASE ◯**

June 01, 2005 through June 30, 2005
Primary Account: 000000655989440

## | BALANCING YOUR CHECKBOOK |

Use the following worksheet to reconcile your checking account

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement  ➡ $_____

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions  ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance

   Check Number   Date   Amount
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____

   Total all withdrawals and subtractions
   ➡ - $_____

4. This total should match the current balance
   in your checkbook  ➡ = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏠
LENDER  Member FDIC

**BANK ONE.**   **CHASE**   June 01, 2005 through June 30, 2005

Primary Account: 000000655989440

## BANK ONE BASIC BUSINESS CHECKING

AR UTILITY SPECIALISTS INC
PO BOX 20852

Account Number: 000000655989440

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,101.82 |
| Electronic Withdrawals | 11 | - 522.02 |
| Ending Balance | 11 | $579.80 |

This message confirms that you have overdraft protection on your checking account.

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | Mbi | Setl 0528 Med-I-Bank | CCD | | $75.59 |
| 06/01 | Mbi | Setl 0530 Med-I-Bank | CCD | | 30.00 |
| 06/07 | Mbi | Setl 0604 Med-I-Bank | CCD | | 20.00 |
| 06/07 | Mbi | Setl 0606 Med-I-Bank | CCD | | 6.78 |
| 06/09 | Mbi | Setl 0608 Med-I-Bank | CCD | | 50.00 |
| 06/10 | Mbi | Setl 0609 Med-I-Bank | CCD | | 149.64 |
| 06/14 | Mbi | Setl 0613 Med-I-Bank | CCD | | 62.72 |
| 06/14 | Mbi | Setl 0611 Med-I-Bank | CCD | | 10.00 |
| 06/15 | Mbi | Setl 0614 Med-I Bank | CCD | | 15.00 |
| 06/16 | Mbi | Setl 0615 Med-I-Bank | CCD | | 80.29 |
| 06/17 | Mbi | Setl 0616 Med-I-Bank | CCD | | 22.00 |

Total Electronic Withdrawals   $522.02

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/01 | $998.23 |
| 06/07 | 969.45 |
| 06/09 | 919.45 |
| 06/10 | 769.81 |
| 06/14 | 697.09 |

**BANK≡ONE.**        **CHASE** ○

June 01, 2005 through June 30, 2005

Primary Account: 000000655989440

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT |
|---|---|
| 06/15 | 682.09 |
| 06/16 | 601.80 |
| 06/17 | 579.80 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0. |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | -8.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | $0.00 |

With Bank One Basic Business Checking, electronic transactions (ATM, ACH, etc.) do not count towards the transaction total used to determine the monthly service fee. During this cycle, you conducted 11 electronic transactions.

Your transaction total for this cycle was 0, for which the monthly service fee is $8.00. We have waived this fee because you maintained a minimum checking balance of $3,000, combined business deposit balances of $10,000, or combined business deposit and credit balances of $25,000. You can continue to waive the fee for this activity level by maintaining these minimum balances.