STEVEN N. BERGER, SBA #009613
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@engelmanberger.com

Attorneys for CSK Partnership and
Thomas Kummer

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| AR UTILITY SPECIALISTS, INC., an Arizona corporation, | Case No. 2:05-bk-10489-GBN |
| | **AGREED ORDER RESOLVING ADMINISTRATIVE CLAIMS OF CSK AND THOMAS KUMMER** |
| Debtor | |

CSK Partnership, an Arizona Partnership ("CSK"), Thomas Kummer ("Kummer") and AR Utility Specialists, Inc., debtor in possession ("Debtor"), by the signatures of their representatives below, hereby Stipulate and Agree to the following findings of fact and entry of this Order with regard to the pending Application for Allowance of Administrative Claim filed by CSK on February 10, 2006 (dkt No.161), in full resolution of the matters set forth therein. The parties request approval of this Agreed Order on a negative notice basis, pursuant to 11 U.S.C. § 102(1) and Fed. R. Bankr. P. 2002 (a)(3), 9006(c), and 9019.

In light of the Stipulations of the parties hereto, the Court hereby FINDS as follows:

1. On June 10, 2005, Debtor filed its Chapter 11 petition commencing this case.

2. CSK and the Debtor are parties to a pre-petition contract. The CSK Contract has not been assumed.

3. CSK applied for an administrative claim for amounts due under the contract, and Debtor objected to the allowance of such claim, based on Debtor's intent to reject the pre-petition contract.

4. CSK and Kummer have provided information to the Debtor that would have been filed in a supplemental administrative claim by Mr. Kummer, for compensation for services actually performed by Mr. Kummer as an officer of the Debtor through January 8, 2006, and for reimbursement of such expenses. The claim is for actual benefit to the estate for work performed and expenses incurred, without regard to the contractual obligation on which CSK originally predicated its administrative claim.

5. Kummer and the Debtor have reviewed the basis for the administrative claim and have agreed to a compromised amount of $10,867.00 as the allowed claim, representing 30 days work by Mr. Kummer at $7,500, and reimbursable expenses of $3,367.00. These amounts reflect a negotiated compromise of larger amounts claimed, and reflect the desire of the parties to forgo additional litigation and administrative expense related to resolving this matter.

6. The resolution of this administrative claim is beneficial to the Debtor's estate and is within the Debtor's considered business judgment.

7. Good cause appears to approve the compromised claim.

In light of the foregoing FINDINGS, the Court hereby ORDERS as follows:

1. Thomas Kummer shall have an allowed administrative claim of $10,867.00 in this Chapter 11 case;

2. CSK's application for administrative claim is deemed withdrawn;

3. Payment of the allowed administrative claim of Kummer shall be made when Debtor has sufficient funds to make such payment without prejudice to other holders of administrative claims or after further order of the Court.

4. This Order is without prejudice to the assertion by CSK or Kummer of any general unsecured claims in this case.

2

Case 2:05-bk-10489-GBN    Doc 213    Filed 05/02/06    Entered 05/22/06 15:24:41    Desc
Main Document    Page 2 of 3

**GRANTED**

1  *5.*   This Order is effective upon its entry, and shall become a final order unless an
2  objection hereto is filed and served within 10 days after service hereof on the United States Trustee
3  and parties requesting notice in this case.   The hearing set on 5/18/2006 at 11:00 a.m. is vacated.

DATED this _____ day of _____ ,2006.

_____
Honorable George B. Nielsen
United States Bankruptcy Court

AGREED AS TO FORM AND CONTENT

**LEWIS AND ROCA LLP**

_/s/ J. Henk Taylor_
J. HENK TAYLOR

**ENGELMAN BERGER, P.C.**

_/s/ Steven N. Berger_
STEVEN N. BERGER

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012