**IT IS SO ORDERED.**

Dated: May 24, 2007

/s/ George B. Nielsen
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 11 |
| AR UTILITY SPECIALISTS, INC., | ) Case No. 2:05-10489-GBN |
| | ) ORDER DIRECTING APPOINTMENT OF TRUSTEE |

The Court having reviewed the United States Trustee's Motion for Appointment of Trustee and all related pleadings, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the United States Trustee is directed to appoint a chapter 11 trustee in this case.

Date:_____

_____
Honorable George B. Nielsen
Judge
United States Bankruptcy Court



2