**SIGNED.**

**Dated: July 26, 2007**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| | ) | |
| AR UTILITY SPECIALISTS, INC., | ) | Case No. 2:05-10489-GBN |
| | ) | |
| Debtor. | ) | ORDER |

Pursuant to the hearing conducted on July 24, 2007,

IT IS ORDERED the application of the law firm of Richardson & Richardson to represent the debtor in pending adversary proceedings 07-338, 07-341 and 342 is denied. This order is subject to reconsideration. The application to represent the debtor in the bankruptcy case is granted, pursuant to 11 U.S.C. §327(a). No compensation is to be paid except pursuant to §331. The Clerk will file a copy of this order in the three adversary files.

ORDERED ACCORDINGLY.

Copies emailed this 26th
day of July, 2007, to:

Peter Strojnik
PETER STROJNIK, P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012
Email: strojnik@aol.com
Attorney for Defendants

```
 1  William R. Richardson
    RICHARDSON & RICHARDSON, P.C.
 2  1745 S. Alma School Road, #100
    Mesa, AZ 85210-3010
 3  Email: wrichlaw@aol.com
    Attorney for Debtor
 4
    Terry A. Dake
 5  TERRY A. DAKE, LTD.
    11811 N. Tatum Blvd. #3031
 6  Phoenix, AZ 85028-1621
    Email: tdake@cox.net
 7  Attorney for Dale Ulrich, Chapter 11 Trustee

 8  Elizabeth C. Amorosi
    OFFICE OF THE UNITED STATES TRUSTEE
 9  230 N. First Avenue, Suite 204
    Phoenix, AZ 85003-1706
10  Email: USTPRegion14.px.ecf@usdoj.gov

11  J. Henk Taylor
    LEWIS AND ROCA LLP
12  40 N. Central Avenue
    Phoenix, AZ 85004-4429
13  Email: HTA@LrLaw.com
    Former Attorney for Debtor
14
    By:/s/Rachael M. Stapleton
15       Judicial Assistant
```

SIGNED