GRANTED

**IT IS SO ORDERED.**

**Dated: September 20, 2007**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

# LEWIS AND ROCA LLP
L A W Y E R S

40 North Central Avenue
Phoenix, Arizona  85004-4429
Facsimile (602) 262-5747
Telephone (602) 262-5311

Henk Taylor  (AZ Bar No. 0016321
Email: htaylor@lrlaw.com
Scott K. Brown (AZ Bar No. 020390)
Email: sbrown@lrlaw.com

Former Attorneys  for AR Utility Specialists, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| AR UTILITY SPECIALISTS, INC., an Arizona corporation, | Case No. 05-10489-PHX-GBN |
| Debtor. | **ORDER APPROVING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS AND ROCA LLP, FORMER ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION** |
| EIN:  86-0597466 | |

Lewis and Roca LLP's Second and Final Application for Compensation and Reimbursement of Expenses as former attorneys for Debtor and Debtor-in-Possession [DE 395] (the "Application") for the period from February 1, 2006 through April 30, 2007 was filed on July 25, 2007.  The Application and the Trustee's objection to the Application came before the Court for consideration on September 18, 2007.  The Court being fully informed and good cause now appearing,

**IT IS ORDERED**:

• Approving the Second and Final Application for Compensation and Reimbursement of Expenses of Lewis and Roca LLP, Former Attorneys for Debtor and Debtor-Possession [DE 395];

1866957.1





1  • Awarding Lewis and Roca final compensation for professional services in

2  the amount of $262,381.00 and reimbursement for actual and necessary expenses incurred

3  in the amount of $12,101.34 as set forth in the First Interim Application For Compensation

4  and Reimbursement of Expenses of Lewis and Roca LLP, Attorneys for Debtor and

5  Debtor-In-Possion [DE 186] previously approved on an interim basis by order dated

6  August 11, 2006 [DE 232];

7  • Awarding Lewis and Roca final compensation for professional services as

8  set forth in the Second and Final Application in the amount of $145,966.50 and

9  reimbursement for actual and necessary expenses incurred in the amount of $5,536.13; and

10  • Directing that payment of the fees and costs awarded by this Order shall

11  only be made upon a further order of this Court.

12  DATED and SIGNED ABOVE

13

14

15

16

17

18

19

20

21

22

23

24

25

26