```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 11 Proceedings |
|---|---|---|
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 2-05-BK-10489-GBN |
| Debtor. | ) | |

### JOINDER IN DISCLOSURE STATEMENT OBJECTIONS

Dale Ulrich, the Chapter 11 trustee, joins, and incorporates by reference herein, the objections filed at Docket Nos. 441 and 442 in opposition to the disclosure statement filed by administrative claimant Thomas Kummer.

**WHEREFORE**, the trustee prays for the entry of an order denying approval of the disclosure statement.

DATED September 25, 2007.

*TERRY A. DAKE, LTD.*


By___/s/ TD009656_____
   Terry A. Dake
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona 85028-1621

Copy mailed September 25, 2007 to:

Thomas L. Kummer
2164 Siesta Ave.
Las Vegas, NV 89169


 /s/ TD009656

2