UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 05, 2007 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) HEARING RE: APPROVAL OF THE PLAN AND DISCLOSURE STATEMENT FILED BY THOMAS L. KUMMER.
   **R / M #:**   419 / 0

2) **ADV: 2-07-00341**
   **AR UTILITY SPECIALISTS, INC. vs EDMUNDO URIBE**
   * COURTESY COPY *
   **R / M #:**   1 / 0

## Appearances:

DALE ULRICH, TRUSTEE, TRUSTEE
WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
PETER STROJNIK, ATTORNEY FOR THOMAS L. KUMMER
THOMAS L. KUMMER, APPEARS PRO SE
ADAM MELTON, ATTORNEY FOR MERCHANTS BONDING COMPANY

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:05-bk-10489-GBN         FRIDAY, OCTOBER 05, 2007 10:30 AM

## *Proceedings:*

THE COURT ADVISES THE PARTIES THAT IT IS INCLINED TO THINK THAT MR. KUMMER HAS STANDING TO PROPOSE A PLAN AND DISCLOSURE STATEMENT. THE COURT ALSO WANTS, AS A SECONDARY VIEW, TO ENSURE THAT A PLAN IS CAPABLE OF CONFIRMATION. THE COURT WOULD BE CONCERNED IF A PLAN DOES NOT PROPOSE TO PAY ADMINISTRATIVE CREDITORS IN FULL ON AN EFFECTIVE DATE.

MR. KUMMER RESPONDS AND ADDRESSES THE CONCERNS OF THE COURT.

MR. RICHARDSON AND MR. DAKE SUMMARIZE THEIR POSITIONS.

THE COURT: MR. KUMMER DOES HAVE STANDING TO FILE A PLAN. THE PLAN PROPONENT SHALL RETURN AND REPORT WHETHER THE ADMINISTRATIVE CLAIMANTS SUPPORT THE PLAN. IF THERE IS NOT AGREEMENT TO TREATMENT, THEN THE COURT WILL DENY THE DISCLOSURE STATEMENT AND PLAN. THE REPORT SHALL BE ON FILE BY NOVEMBER 5, 2007. THE PARTIES SHALL RETURN ON NOVEMBER 8, 2007 @ 9:15 A.M.

MR. STROJNIK DISCUSSES AN UPCOMING HEARING IN AN ADVERSARY WHERE THE TRUSTEE FILED A MOTION TO DISMISS. IT IS REQUESTED THAT THE HEARING BE VACATED.

THE COURT RESPONDS THAT IF THE PARTIES CAN AGREE TO LANGUAGE IN AN ORDER THE HEARING CAN BE VACATED.

MR. DAKE CONFIRMS THAT THE ADVERSARY IS #07-341.

THE COURT: THE STATUS HEARING SET FOR OCTOBER 19TH IS HEREBY RESET TO NOVEMBER 8, 2007 @ 9:15 A.M.

Page 2 of 2

Case 2:05-bk-10489-GBN   Doc 454   Filed 10/05/07   Entered 10/10/07 12:42:16   Desc
Main Document    Page 2 of 2                                 10/10/2007  12:42:09PM