**IT IS SO ORDERED.**

```
TERRY A. DAKE, LTD.
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

Terry A. Dake - 009656
```

Attorney for Trustee

Dated: October 16, 2007

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| AR UTILITY SPECIALISTS, INC. | Case No. 2-05-BK-10489-GBN |
| Debtor. | |

**ORDER**

Maricopa County having filed an objection to the trustee's proposed auction of certain excess equipment (Docket Nos. 383 and 390); and

The parties having agreed that Maricopa County is entitled to the net proceeds of the sale pursuant to the county's tax lien less the deduction of the administrative expenses incurred by the estate; and

Good cause appearing.

**IT IS ORDERED** that, from the net sale proceed of $9,653.83 generated by the auction sale (See Docket No. 429), the trustee shall turn over to Maricopa County the sum of $6,188.445 in satisfaction of the secured claim of Maricopa County in the equipment sold at the auction.

**DATED AND SIGNED ABOVE.**

1 | APPROVED AND AGREED:
2 |
3 | *[signature: Barbara Lee Caldwell]*
4 | Barbara Lee Caldwell
  | Hebert Schenk, P.C.
5 | Attorneys for Maricopa County
6 |
7 | *[signature]*
8 | Terry A. Dake
  | Terry A. Dake, Ltd.
9 | Attorney for Dale D. Ulrich,
  | Chapter 11 Trustee

*[GRANTED stamp across page]*

2