*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 2-05-BK-10489-GBN |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S PRELIMINARY OBJECTION
TO RULE 2004 EXAMINATION MOTION
AND FORM OF ORDER**

The trustee objects to the Motion For Examination Pursuant To Rule 2004 and the proposed form of order filed with this Court by Thomas L. Kummer at Admin. Docket Nos. 468 and 469.  The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED November 1, 2007.

*TERRY A. DAKE, LTD.*


By /s/ TD=009656
    Terry A. Dake – 009656
    11811 North Tatum Boulevard
    Suite 3031
    Phoenix, Arizona 85028-1621
    Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Due to the speed with which this Court typically enters 2004 orders, the trustee submits this preliminary objection to the motion and proposed form of order submitted to this Court by Mr. Kummer. The trustee reserves the right to expand upon this objection later as time permits.

Kummer ostensibly seeks information to proceed with his plan and disclosure statement. However, there is a preliminary hearing on those matters set for November 8, 2007 at which time the Court will determine if the plan meets even the most minimal requirements before any further proceedings are permitted on those papers. However, instead of waiting for that hearing, Kummer seeks to impose upon the estate hours and hours of time and expense to prepare for and attend examinations.

Moreover, Kummer's proposed order would have the parties appear with virtually no notice, on a pre-determined schedule set by Kummer.

Third, despite an order recently entered in Adv. No. 2-07-ap-341 that was intended, among other things, to remove Mr. Strojnik from further participation in this case, Mr. Kummer now seeks to have the trustee and others appear at Mr. Strojnik's offices to produce documents and submit to examination.

Fourth, there is also a pending motion to simply pay Mr. Kummer what he is owed to avoid just this sort of activity in this case by Mr. Kummer, activity that is designed to do nothing more than cause the estate additional administrative expense. That hearing is set for

2

November 15, 2007 at 10:30 a.m.  No further orders should be entered prior to that hearing.

**WHEREFORE**, the trustee objects to the motion and the proposed form of order and requests that both be denied and/or that no further action be taken on either until after a hearing to be held some time after the hearing on November 15, 2007.

DATED November 1, 2007.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake - 009656
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621

Copy mailed November 1, 2007 to:

Thomas L. Kummer
2164 Siesta Ave.
Las Vegas, NV 89169

 /s/ TD009656