# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 08, 2007 09:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matters:

1) CONTINUED HEARING RE: APPROVAL OF THE PLAN AND DISCLOSURE STATEMENT FILED BY THOMAS L. KUMMER.(FR. 10-05)
   **R / M #:**   419 / 0

2) **ADV: 2-07-00341**
   **AR UTILITY SPECIALISTS, INC. vs EDMUNDO URIBE**
   STATUS HEARING RE: TRUSTEE'S MOTION TO DISQUALIFY ATTORNEY, PETER STROJNIK.(FR. 09-18 & 10-05)(RESET FR. 10-19)
   **R / M #:**   24 / 0
   **VACATED:**  ORDER GRANTING MOTION TO APPROVE COMPROMISE SIGNED 10-29-07/ADVERSARY DISMISSED

3) HEARING RE: Motion for Payment of Maricopa County's Secured Tax Claim.
   **R / M #:**   317 / 0

4) HEARING RE: APPLICATION FOR 2004 EXAMINATION OF ALEJANDRO REYNOSO AND OBJECTION THERETO FILED BY THE TRUSTEE.
   **R / M #:**   468 / 0

### Appearances:

WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.(T)
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
ANDY J. CHAMBERS, ATTORNEY FOR MERCHANTS BONDING COMPANY
THOMAS KUMMER, APPEARS PRO SE

Page 1 of 2

Case 2:05-bk-10489-GBN   Doc 480   Filed 11/08/07   Entered 11/14/07 16:59:01   Desc
Main Document   Page 1 of 2   11/14/2007   4:58:54PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:05-bk-10489-GBN   THURSDAY, NOVEMBER 08, 2007 09:15 AM

## Proceedings:

ITEM #2
VACATED

ITEM #1 THROUGH #3
MR. KUMMER ADVISES THAT HE WILL BE AMENDING THE PLAN, STATING THAT HE IS CLOSE TO AN AGREEMENT WITH LEWIS & ROCA. MR. KUMMER GOES ON TO DISCUSS THE FOUR CLAIMS UNDER §1129(a)9.

A DISCUSSION ENSUES REGARDING AMENDED PROOFS OF CLAIMS.

MR. DAKE QUESTIONS WHY MR. KUMMER WOULD FILE A PLAN IN AN INSOLVENT CASE.

MR. CHAMBERS CONCURS WITH THE REMARKS OF MR. DAKE AND WISHES TO PROCEED WITH THE HEARING SCHEDULED FOR NEXT WEEK.

THE COURT: THE CURRENT PLAN AND DISCLOSURE CAN NOT BE APPROVED. IT IS UNDERSTOOD THAT THE CURRENT PLAN WILL BE WITHDRAWN OR AMENDED. A MOTION FOR A BAR DATE FOR AMENDED PROOFS OF CLAIMS MAY BE SOUGHT.

ITEM #3A
THE COURT OFFERS AN INITIAL INDICATION THAT IF MR. KUMMER IS GOING TO PROSECUTE A PLAN, HE HAS THE RIGHT TO GATHER INFORMATION WITH A TWENTY DAY NOTICE FOR EXAMINATION. AS TO LOCATION, IT WOULD BE NICE IF COUNSEL WOULD OFFER THEIR OFFICE.

A DISCUSSION ENSUES.

THE COURT: THE COURT WILL SUSTAIN THE TRUSTEE'S OBJECTION.

MR. RICHARDSON REQUESTS THAT INQUIRIES BE SENT THROUGH HIS OFFICE.