# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN          **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 15, 2007 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | LUANN BELLER |

## *Matters:*

**1)** CONTINUED CHAPTER 11 STATUS HEARING.(FR. 11-21,1/9, 3/27,06-20,10-03,01-09,04-10 & 09-11)(RESET FR. 07-10)

   **R / M #:**   1 /  0

**2)** **ADV: 2-07-00342**

   **AR UTILITY SPECIALISTS, INC vs ALEJANDRO REYNOSO**

   CONTINUED STATUS HEARING RE: COMPLAINT TO RECOVER MONEY OR PROPERTY.(FR. 09-11)

   **R / M #:**   1 /  0

   **VACATED:  ADVERSARY DISMISSED WITHOUT PREJUDICE - ORDER GRANTED AND SIGNED 10-16-07**

**3)** **ADV: 2-07-00338**

   **AR UTILITY SPECIALISTS, INC. vs Thomas L. Kummer**

   CONTINUED STATUS HEARING RE: COMPLAINT TO RECOVER MONEY OR PROPERTY. (FR. 09-11)

   **R / M #:**   1 /  0

**4)** TRUSTEE'S MOTION TO AUTHORIZE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM. (THOMAS KUMMER)

   **R / M #:**   452 /  0

## *Appearances:*

DALE ULRICH, TRUSTEE, TRUSTEE
WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.(T)
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE, AR UTILITY SPECIALISTS, INC.
PRO SE/THOMAS L. KUMMER (T)
SCOTT BROWN, ATTORNEY FOR LEWIS & ROCA

Case 2:05-bk-10489-GBN   Doc 488   Filed 11/15/07   Entered 11/20/07 15:08:07   Desc
Main Document   Page 1 of 2                                   11/20/2007   3:07:59PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## _Proceedings:_

ITEM #4
THE COURT LISTS WHAT HAS BEEN REVIEWED AND OFFERS A PRELIMINARY  INDICATION, WHICH IS TO NOT GRANT THE MOTION.

THE PARTIES SUMMARIZE THEIR POSITIONS.

THE COURT:  THE TRUSTEE'S MOTION IS DENIED.

ITEM #1
THE COURT NOTES ITS UNDERSTANDING THAT THERE IS A PLAN PENDING  AND ALSO THAT MR. KUMMER WILL AMEND THE DISCLOSURE STATEMENT.

MR. DAKE BELIEVES THAT THE COURT SHOULD SET A HEARING  ON THE  DISCLOSURE STATEMENT, WITH NOTICE TO BE PROVIDED.

THE COURT:  A HEARING ON THE ADEQUACY OF THE DEBTOR'S DISCLOSURE  STATEMENT WILL BE CONDUCTED ON DECEMBER 20, 2007 @ 10:30 A.M.   OBJECTIONS ARE DUE SEVEN DAYS PRIOR TO THAT HEARING.

ITEM #3
THE COURT NOTES THAT THE ADVERSARY WAS FORMALLY TERMINATED ON  NOVEMBER 1, 2007

ITEM #2
VACATED