```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 2-05-BK-10489-GBN |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**OBJECTION TO PROPOSED ORDER**

Thomas L. Kummer has lodged a proposed order today relating to a motion he also filed today. Admin. Docket Nos. 489, 490. There is no basis to enter the order lodged by Mr. Kummer. The motion filed by Mr. Kummer, to the extent that it has any merits, requires both notice and a hearing.

**WHEREFORE,** the trustee objects to the entry of the order lodged by Mr. Kummer.

DATED November 21, 2007

*TERRY A. DAKE, LTD.*

By___/s/ TD009656_____
  Terry A. Dake
  11811 North Tatum Boulevard
  Suite 3031
  Phoenix, Arizona  85028-1621
  Attorney for Trustee

COPY mailed November 21, 2007 to:

Thomas L. Kummer
2164 Siesta Ave.
Las Vegas, NV 89169


    /s/ TD009656

2