William R. Richardson (009278)
**RICHARDSON & RICHARDSON, P.C.**
1745 South Alma School Road
Corporate Center • Suite 100
Mesa, Arizona 85210-3010

Tel. (480) 464-0600
Fax. (480) 464-0602
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>**AR UTILITY SPECIALISTS, INC.**, an Arizona corporation,<br>Debtor. | Chapter 11<br>Case No. 2:05-10489-PHX-GBN<br>**OBJECTION TO PROPOSED FORM OF ORDER** |

AR Utility Specialists, Inc. ("Debtor") hereby objects to the form of order submitted by Thomas Kummer on November 15, 2007, and requests that the order be modified as follows:

1. The location of the depositions should be set at the offices of Richardson and Richardson, P.C. for the convenience of counsel and for purposes of reducing the costs to the estate.

2. The depositions should be scheduled for one day beginning at 9:00 a.m. and should conclude the same day. Mr. Reynoso and Mr. Riley are available on December 7, 2007.

3. The depositions should be taken serially with one to occur after the other and with all three depositions to be taken on the same day.

4. Permission should be given for the trustee, the representative of the Debtor and the deponent to each attend the deposition so as to expedite the proceeding.

5. Paragraph 5 of the proposed order should be eliminated and the procedure for taking depositions generally should be applied.

6. The Debtor and/or the trustee should be permitted to redact such information as they deem necessary for purposes of protecting sensitive contractual and other information pertaining to the Debtor and its operations. Specifically, Mr. Kummer requests the following at page 4, paragraphs 6(l) and 6(m) of the proposed order:

> Copies of any contract between the Debtor and any customer.
>
> Copies of any contracts between the Debtor and any subcontractor to be paid in connection with work performed with Central Arizona Project.

Among other things, the Court should order that any information (including the documents themselves) provided relative to the Debtor's contractual relationships should be kept under seal and should not be shared with other persons or parties unless the Court orders otherwise. These contracts are the lifeblood of the Debtor and provide the only means of generating funds with which to pay creditors of the estate. They contain sensitive information concerning the means, mechanisms and pricing used to complete the subject contracts. Dissemination of the subject information would provide a competitive advantage to competitors of the Debtor one of which might be Mr. Kummer as he has manifested an interest in entering the business of the Debtor.

7. Paragraph 6(r), page 4 of the proposed order seeks information relative to Mr. Reynoso's divorce proceeding. Specifically, Mr. Kummer requests:

> All documents provided to the Maricopa County Superior Court by the trustee, directly or through counsel, in any matter relating to Mr. Alejandro Reynoso and/or Mrs. Cynthia Reynoso.

The Debtor requests that the order exclude the forgoing documents as these documents are not relevant to the Disclosure Statement, the operation of the Debtor or any other matter currently under consideration by the Court.

8. Paragraph 6 (second) page 4 provides a command to produce "every document which could tend to support the objections to the Disclosure Statement of Kummer." This paragraph should be excluded as there is no live plan and disclosure statement in play for Mr. Kummer. His request for approval of his disclosure has been denied.

WHEREFORE, the Debtor requests that the Court either refuse to issue the subject order as it is improper, or that the Court tailor the order to take into account the foregoing objections.

**DATED** this  28th  day of November, 2007.

**RICHARDSON & RICHARDSON, P.C.**

By  /s/ William R. Richardson
William R. Richardson
1745 South Alma School Road
Corporate Center • Suite 100
Mesa, Arizona 85210-3010
Attorneys for Debtor

**ORIGINAL** of the foregoing lodged electronically this  28th  day of November, 2007 and a **COPY** mailed the same date to:

Elizabeth Amorosi
United States Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003-1706

Thomas L. Kummer
2164 Siesta Avenue
Las Vegas, NV 89169

Terry A. Dake
Terry A. Dake, LTD.
11811 N. Tatum Blvd
Suite 3031
Phoenix, AZ 85028-1621

By  /s/ B. Spalla

F:\DOC\DOC L-Z\R\Reynoso\Pleadings\Obj frm Ord 11-27-07.wpd