**IT IS SO ORDERED.**

**Dated: December 14, 2007**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

1  *TERRY A. DAKE, LTD.*
   **11811 North Tatum Boulevard**
2  **Suite 3031**
   **Phoenix, Arizona  85028-1621**
3  **Telephone: (480) 368-5199**
   **Facsimile: (480) 368-5198**
4  **tdake@cox.net**

5  **Terry A. Dake - 009656**

6  Attorney for Trustee

7         **IN THE UNITED STATES BANKRUPTCY COURT**

8          **FOR THE DISTRICT OF ARIZONA**

9  In re:                        )    In Chapter 11 Proceedings
                                  )
10 AR UTILITY SPECIALISTS, INC.   )    Case No. 2-05-BK-10489-GBN
                                  )
11                      Debtor.   )
   _____    )

12
                        **ORDER**
13
           This matter having come before the Court on the trustee's
14
   Motion To Approve Insurance Finance Agreement Notice Of Bar Date For
15
   Objections; and
16
           No objections to the motion having been timely filed and
17
   served; and
18
           Good cause appearing.
19
           **IT IS ORDERED** that the motion is granted.
20
           **IT IS FURTHER ORDERED:**
21
           1. The debtor is authorized to enter into the premium finance
22
   agreement, a copy of which is annexed hereto, and such secured
23
   financing is authorized pursuant to 11 U.S.C. §364(c)(2).
24
           2.   Budget Installment Corp. shall have a first and only
25
   priority security interest in any and all une3arened and returned
26
   premiums emanating from the financed insurance.
27

28



1           3.   In the event of any default by the debtor in repayment as

2    provided under the premium finance agreement, Budget Installment Corp.

3    shall have the right to undertake a cancellation procedure as provided

4    by controlling state law and, in the event that the default remains

5    uncured as provided by state law, shall have the further right to cancel

6    the financed insurance, and all of the same may be done without further

7    order of this Court.

8           4.   In the event of a default in repayment by the debtor, and

9    in the event that unearned premiums are, if paid, insufficient to pay

10   the outstanding obligation then due Budget Installment Corp, any such

11   deficiency balance shall be an administrative claim of the estate.

12          5.   The debtor is directed to pay to Budget Installment Corp

13   all sums due under the premium finance agreement pursuant to its terms.

14          6.   The rights of Budget Installment Corp shall remain and

15   continue unimpaired during the dependency of this case and any

16   subsequent conversion or appointment of any trustee.

17             **DATED AND SIGNED ABOVE.**

2