1  *TERRY A. DAKE, LTD.*
   11811 North Tatum Boulevard
2  Suite 3031
   Phoenix, Arizona  85028-1621
3  Telephone: (480) 368-5199
   Facsimile: (480) 368-5198
4  tdake@cox.net

5  **Terry A. Dake - 009656**

6  Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 Proceedings |
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 2-05-BK-10489-GBN |
| Debtor. | ) | |

**OBJECTION TO ENTRY OF ORDER**

The trustee objects to the order lodged by Thomas Kummer at Docket No. 502. There has been no hearing on the motion filed by Mr. Kummer. As a result, there is no basis for the entry of the order. This is the second time that Mr. Kummer has lodged an order purporting to grant a substantive motion without any hearing having been previously conducted. See Docket No. 491. This conduct imposes unnecessary expense upon the estate. Mr. Kummer should be sanctioned if this conduct continues.

**WHEREFORE**, trustee prays that the order lodged at Docket No. 502 not be signed by the Court.

DATED December 19, 2007.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona   85028-1621
   Attorney for Trustee

COPY mailed December 19, 2007 to:

Thomas L. Kummer
2164 Siesta Ave.
Las Vegas, NV 89169

   /s/ TD009656

2