HEBERT SCHENK, P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

Barbara Lee Caldwell – SBN 003246
Attorneys for Maricopa County Treasurer

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 2:05-bk-10489-GBN |
|---|---|
| AR UTILITY SPECIALISTS, INC., | CHAPTER 11 |
| Debtor. | MARICOPA COUNTY'S NOTICE OF PERFECTED LIEN AND OBJECTION TO THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION |

Maricopa County Treasurer, by and through their undersigned counsel, hereby provides notice that it claims a perfected statutory lien in accordance with A.R.S. § 42-17153 and submits its Objection to the Debtor's Amended Chapter 11 Plan of Reorganization.

The personal property located at 2840 S. 36th Street, Suite E-5, Phoenix, Arizona 85034 located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $30,510.54 plus accruing interest at the statutory rate of 16% per annum. *See,* A.R.S. § 42-18053. The lien represents a tax liability on personal property parcel 949-20-753 for tax years 2005, 2006 and 2007.

The personal property located in Maricopa County, identified as a mobile home, is encumbered with a fully perfected tax lien in the amount of $82.54 with interest to accrue at the statutory rate of 16% per annum. The lien represents the 2007 tax liability on personal property parcel 981-45-631.

The Debtor's Amended Chapter 11 Plan of Reorganization ("the Plan") proposes to sell all of the Debtor's assets to Mr. Reynoso free and clear of all encumbrances, liens and claims including personal property taxes per the Purchase Agreement. The Plan lists Maricopa County as having a claim in the amount of $25,077.00, but fails to characterize the claim as secured, priority, or administrative. Therefore, Maricopa County is unable to determine the proposed treatment of its claim. The Plan also fails to include a provision for interest at the statutory rate of 16% per annum. *See,* 11 U.S.C. § 511 and A.R.S. § 42-18053. The Plan values the furniture, fixtures and equipment at $100,000.00, a low estimated value, while the book value is listed significantly higher at $429,000.00.

Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153. Maricopa County objects to the transfer of any property located in Maricopa County that is part of the Plan if the tax liabilities associated with such property are not fully paid prior to the transfer of the property.

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See,* A.R.S. § 42-19107(A).

Maricopa County objects to the Plan unless the tax liabilities are fully paid at closing from the proceeds at the time of the return of sale in accordance with A.R.S. § 42-17153.

RESPECTFULLY SUBMITTED this ____ day of January, 2008.

HEBERT SCHENK, P.C.

By: _____
Barbara Lee Caldwell,
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203
Attorney for Maricopa County Treasurer

| | |
|---|---|
| 1 | A copy of the foregoing mailed this <br> ____ day of January, 2008, to: |
| 2 | |
| 3 | William R. Richardson <br> RICHARDSON & RICHARDSON, P.C. <br> 1745 S. Alma School Rd., #100 |
| 4 | Mesa, AZ 85210-3010 <br> Attorneys for Debtor |
| 5 | Email: wrichlaw@aol.com |
| 6 | Terry A. Dake <br> TERRY A. DAKE, LTD. |
| 7 | 11811 N. Tatum Blvd., #3031 <br> Phoenix, AZ 85028-1621 <br> Email: tdake@cox.net |
| 8 | Attorney for Trustee Dale Ulrich |
| 9 | U.S. Trustee <br> OFFICE OF THE U.S. TRUSTEE |
| 10 | 230 N. First Ave., Ste. 204 <br> Phoenix, AZ 85003 |
| 11 | |
| 12 | By: _____ |