# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. | | |
| **Case Number:** | 2:05-bk-10489-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 20, 2007 10:30 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

HEARING RE:  ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT.

R / M #:   482 / 0

## Appearances:

DALE ULRICH, TRUSTEE, TRUSTEE
WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
THOMAS L. KUMMER/PRO SE

## Proceedings:

THE COURT ADVISES THAT, AS A PRELIMINARY INDICATION, ADDITIONAL  INFORMATION NEEDS TO BE PROVIDED.

MR. RICHARDSON DEFENDS HIS POSITION THAT HE BELIEVES THE  DISCLOSURE STATEMENT ALREADY PROVIDES ADEQUATE INFORMATION,  ADDING THAT ANY ISSUES ARE CONFIRMATION ISSUES.  IT IS ADDITIONALLY STATED THAT THE OBJECTION FROM MR. KUMMER WAS DOUBLE  THE SIZE OF THE PLAN.

A DISCUSSION ENSUES DETAILING SPECIFIC AREAS OF CONCERN AND IDEAS  AS TO HOW TO STREAMLINE ANY FURTHER HEARINGS.  IT IS AGREED THAT  A SUPPLEMENTED DISCLOSURE STATEMENT WILL BE REQUIRED.

THE COURT:  IT IS DIRECTED THAT THE SUPPLEMENTAL DISCLOSURE  INCLUDE A BETTER JUSTIFICATION FOR THE ZERO VALUE OF STOCK AND TO CLEARLY STATE THE IDENTITY OF THE LIQUIDATING AGENT AND WHAT THE AGENT IS TO DO.  THE FEASIBILITY OF MR. REYNOSO TO MAKE THE  PAYMENTS SHOULD ALSO BE DISCLOSED.  THE COURT NEEDS TO SEE A  DISCLAIMER AND A FINANCIAL ANALYSIS OF THE ACCOUNTS RECEIVABLE.   THE $50,000.00 ERROR, POINTED OUT BY MR. KUMMER SHOULD BE  CORRECTED. MR. RICHARDSON IS COMMITTED TO HAVE THIS SUPPLEMENT COMPLETED BY DECEMBER 24, 2007, WITH SERVICE ON THE U.S. TRUSTEE.  MR. KUMMER IS AUTHORIZED TO  PROVIDE A TWO PAGE STATEMENT OF THE PREPETITION HISTORY WHICH MAY BE APPENDED BY DECEMBER 31, 2007.   THE COURT WILL APPROVE THE  SUPPLEMENTED DISCLOSURE STATEMENT IF THE ISSUES ARE ADDRESSED WITHOUT ANY OBJECTIONS FILED BY DECEMBER 31ST.  THE PLAN  PROPONENT MAY THEN CERTIFY SUCH AND UP0LOAD AN ORDER SEEKING A  CONFIRMATION HEARING.

MR. RICHARDSON REQUESTS A HEARING, ANTICIPATING OBJECTIONS.

THE COURT:  A CONTINUED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT WILL BE HELD ON JANUARY 10, 2008 @ 9:30 A.M.