# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|                       |                                              |          |    |
|---                    |---                                           |---       |---|
| **Debtor:**           | AR UTILITY SPECIALISTS, INC.                 |          |    |
| **Case Number:**      | 2:05-bk-10489-GBN                            | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2008 09:30 AM  7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN                            |          |    |
| **Courtroom Clerk:**  | JAN HERNANDEZ                                |          |    |
| **Reporter / ECR:**   | JO-ANN STAWARSKI                             |          |    |

## Matter:

CONTINUED HEARING RE: ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT.(FR. 12-20)

**R / M #:** 482 / 0

## Appearances:

WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH (ALSO PRESENT), TRUSTEE
THOMAS L. KUMMER/PRO SE (T)

## Proceedings:

THE COURT ADVISES THAT IS THINKING ABOUT LETTING THE AMENDED DISCLOSURE STATEMENT GO TO THE CREDITORS. THE COURT WILL NOTE THE CONCERNS OF MR. KUMMER THOUGH AND THAT THEY GO TO FEASIBILITY. IT IS REITERATED THAT THE COURT IS INCLINED TO APPROVE WITHOUT PREJUDICE TO THE CONFIRMATION ISSUES.

MR. RICHARDSON REMINDS THE COURT THAT THE PLAN DOES CALL FOR 100% PAYMENT TO MR. KUMMER.

A DISCUSSION ENSUES REGARDING THE RAISE FOR THE LIQUIDATION TRUSTEE.

THE COURT: THE DISCLOSURE STATEMENT IS APPROVED AS AMENDED. THE COURT WILL AUTHORIZE CIRCULATION TO ALL CREDITORS WITH NOTICING TO BE COMPLETED BY JANUARY 17, 2008. BALLOTING AND OBJECTIONS ARE DUE BY FEBRUARY 15, 2008. THE COURT WOULD APPRECIATE A BALLOT TALLY ON FEBRUARY 20TH, WITH A COPY TO MR. KUMMER AND TO THE U.S. TRUSTEE. A PRELIMINARY CONFIRMATION HEARING, WITH NO WITNESSES OR EVIDENCE, WILL BE CONDUCTED ON FEBRUARY 22, 2008 @ 9:30 A.M.