# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 22, 2008 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

INITIAL CONFIRMATION HEARING ON DEBTOR'S AMENDED PLAN.

**R / M #:**   482 / 0

## Appearances:

DALE ULRICH, TRUSTEE, TRUSTEE
WILLIAM R. RICHARDSON, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
J. HENK TAYLOR, ATTORNEY FOR AR UTILITY SPECIALISTS
TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
APRIL J. VILLARREAL THEIS, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE
CHRISTOPHER R. KAUP, ATTORNEY FOR CROWN PHOENIX IV
THOMAS L. KUMMER/PRO SE (TELEPHONICALLY)

## Proceedings:

THE COURT ADVISES THAT IT HAS REVIEWED THE BALLOT REPORT, THE PLAN AND FIVE OBJECTIONS.

MR. RICHARDSON SUMMARIZES THE EVENTS AND REPORTS ON SPECIFICS AND HOW THEY MAY HAVE A RESOLUTION OF ALL OBJECTIONS EXCEPT FOR THE KUMMER OBJECTION.  IT IS FURTHER EXPLAINED HOW EACH WAS WORKED THROUGH AND THEN STATED HOW MR. KUMMER IS TO BE PAID.

THE COURT OFFERS TO SET A LITIGATIVE SCHEDULE REGARDING THE KUMMER MATTER AND MR. RICHARDSON RESPONDS THAT HE WOULD LIKE TWO WEEKS TO SEE WHERE THEY ARE IN ADOPTING ANY SETTLING PROPOSAL.

THERE IS NO OBJECTION TO A CONTINUANCE, ALTHOUGH ONE MONTH IS COUNTERED AS AN ACCEPTABLE CONTINUANCE.

THE COURT:  THIS MATTER IS CONTINUED TO MARCH 11, 2008 @ 11:00 A.M.