Thomas L. Kummer
2164 Siesta Avenue
Las Vegas, Nevada 89169
775-338-3705
reno4829@aol.com
*Pro Se*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

AT PHOENIX

| In the Matter of: | ) | Case No. 2:05-bk-10489 GBN |
|---|---|---|
| AR Utilities Specialists, Inc., an Arizona Corporation | ) ) ) ) ) ) ) | Chapter 11<br><br>NOTICE OF HEARING |
| Debtor | ) ) | |

NOTICE IS GIVEN that a hearing will be held at the United States Bankruptcy Court, 230 North First Avenue, Courtroom 702, Phoenix, Arizona, on **June 5, 2008, at 9:30 a.m.**, to consider and act upon the following:

1. Objection to Claims by Alejandro Reynoso
2. Objection to Claims by Eduardo Alonzo
3. Objection to Claims by Ruben Hinojos
4. Objection to Claims by Stephanie Reynoso
5. Objection to Claims by Cynthia Reynoso
6. Objection to Claims by Christopher Reynoso

For further information consult the Objections on file with the Office of the United States Bankruptcy Court. Any objection to the Motions must be made in writing and filed pursuant to the relevant Rules of Bankruptcy Procedure, with the Clerk

1

of the United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003-1706, and a copy served on:

> Thomas L. Kummer
> 2164 Siesta Avenue
> Las Vegas, Nevada 89169
> 775-338-3705
> reno4829@aol.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Interim Operating Order No. 6 for the District of Arizona, all attorneys and trustees are required to electronically file documents at http://ecf.azb.uscourts.gov. An electronic case-filing password may be obtained from the U. S. Bankruptcy Court for the District of Arizona. Any party that is not an attorney or trustee may file a document in paper form with the Clerk of the United States Bankruptcy Court, in person or by courier or by United States mail at:

> United States Bankruptcy Court
> 230 North First Ave., Suite 101
> Phoenix, Arizona 85003-1706

A document is not filed with the Court until and unless actually received by the Clerk of the Court.

DATED: May 13, 2008.

*[signature: Thomas L Kummer]*
Thomas L. Kummer, *pro se*

CERTIFICATE OF SERVICE

Copy mailed May 13, 2008 to:

**DALE ULRICH, CHAPTER 11 TRUSTEE**
C/O Terry A Dake, Ltd.
11811 North Tatum Boulevard
Suite 3031
Phoenix, Az. 85028-1621

**ELIZABETH C. AMOROSI**
Office of the US Trustee
230 N. 1st Ave., Suite 204
Phoenix, Arizona 85003

**ALEJANDRO REYNOSO**
2025 E. Campbell Avenue, Apt. 336
Phoenix, AZ 85016

**STEPHANIE REYNOSO**
12526 W. ALEGRE DRIVE
LITCHFIELD PARK, AZ 85340

**CHRISTOPHER REYNOSO**
14774 W Columbus Avenue
Goodyear, AZ 85358

**CYNTHIA A. REYNOSO**
4305 N 129th Drive
Litchfield Park, AZ 85340

**EDUARDO ALONZO**
C/O Robert M Kort
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, Arizona 85004-2202

**RUBEN HINOJOS**
C/O Robert M Kort
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, Arizona 85004-2202

*[signature]*

3