# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MAY 19, 2008 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

HEARING RE: MOTION FOR PROTECTIVE ORDER.

**R / M #:**   590 / 0

### Appearances:

TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
THOMAS L. KUMMER, APPEARS PRO SE

### Proceedings:

THE COURT LISTS WHAT HAS BEEN REVIEWED AND OFFERS A PRELIMINARY INDICATION, WHICH IS THAT ATTENTION IS PAID TO THE ASSIGNMENT OF CLAIMS IN BANKRUPTCY AND CHAPTER 11.  IT IS ADDED THAT THERE IS NOT APPRECIATION FOR A NEED FOR A PROTECTIVE ORDER RIGHT NOW.

THE PARTIES SUMMARIZE THEIR POSITIONS.

THE COURT RULED FROM THE BENCH, STATING THAT THIS IS A PROPER SCOPE FOR AN EXAMINATION.  ANYONE WHO WISHES A COMPACT DISC OR TRANSCRIPT OF THE RULING MAY CONTRACT WITH THE COURT TECHNICIAN.

IT IS ORDERED THAT THIS MOTION SHOULD BE DENIED.