# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 16, 2008 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) HEARING RE: AMENDED OBJECTION FILED BY THOMAS L. KUMMER TO CLAIM #26 OF EDUARDO ALONZO.
   **R / M #:**   588 / 0
   **VACATED:   OBJECTION WITHDRAWN AT DOCKET #614 - ORDER TO VACATE IN FOR SIGNATURE**

2) HEARING RE: AMENDED OBJECTION FILED BY THOMAS L. KUMMER TO CLAIM #27 OF RUBEN HINOJOS.
   **R / M #:**   587 / 0
   **VACATED:   OBJECTION WITHDRAW AT DOCKET #615 - ORDER TO VACATE IN FOR SIGNATURE**

3) HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #83 OF STEFANIE REYNOSO.
   **R / M #:**   571 / 0

4) HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #85 OF CYNTHIA REYNOSO.
   **R / M #:**   570 / 0

5) HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #84 OF CHRISTOPHER REYNOSO.
   **R / M #:**   569 / 0

6) HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #82 OF ALEJANDRO REYNOSO.
   **R / M #:**   568 / 0

## Appearances:

TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
THOMS L. KUMMER, APPEARS PRO SE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:05-bk-10489-GBN          MONDAY, JUNE 16, 2008 10:00 AM

## Proceedings:

ITEM #1 AND #2
THE COURT NOTES THAT THE OBJECTIONS WERE WITHDRAWN TO CLAIMS #26 AND #27.

ITEM #3, #4 AND #5
MR. KUMMER REPORTS THAT HE HAS NOT HAD ANY COMMUNICATION WITH MS. STEPHANIE REYNOSO. MR. KUMMER SUGGESTS TO THE COURT THAT ALL THREE OF THESE CLAIMS BE TAKEN UP AT THE SAME TIME BECAUSE THEY ARE CHILDREN OF ALEX REYNOSO.

MR. DAKE'S COMMENTS IS THAT AN ADVERSARY WAS DISMISSED.

THE COURT: THE COURT NEEDS A BASIS OF THE EVIDENCE OF THE THEORY FROM MR. KUMMER. MR. KUMMER WILL PROVIDE AN AMENDED OBJECTION WITH SUPPORTING DOCUMENTATION. CYNTHIA REYNOSO'S CLAIMS ARE # 85, #86 AND #103. NUMBER 85 DOES NOT HAVE SUPPORTING DOCUMENTS, NUMBER 86 HAD BOARD MINUTES ATTACHED, ALONG WITH A STOCK CERTIFICATE, AND NUMBER 103 HAD A DIVORCE DECREE ATTACHED.

THE COURT ADVISES MR. KUMMER THAT IT BELIEVES HE SHOULD WIN, JUST NOT AS MUCH AS WHAT HE BELIEVES HE SHOULD WIN.

A DISCUSSION ENSUES REGARDING SPECIFIC STOCK AND THEN THE CLAIM OF CHRISTOPHER REYNOSO ALEJANDRO REYNOSO.

THE COURT: THE AMENDED OBJECTION CAN BE ON FILE AND THE THREE CONTESTED FULLY BRIEFED MATTERS SERVED BY JULY 16, 2008. A CONTINUED HEARING ON CALENDAR ITEMS #8 # 10 AND #11 ARE SET FOR AUGUST 22, 2008 @ 9:30 A.M.

MR. DAKE IS CONCERNED BY THE LACK OF APPEARANCE TODAY AND ALSO THE DISCOVERY EXPENSE THAT MAY BE GENERATED FROM MR. KUMMER.

MR. KUMMER IS REMINDED TO FILE A CERTIFICATE OF SERVICE.