

1    **TERRY A. DAKE, LTD.**
     11811 North Tatum Boulevard              **Dated: July 07, 2008**
2    Suite 3031
     Phoenix, Arizona 85028-1621
3    Telephone: (480) 368-5199
     Facsimile: (480) 368-5198
4    tdake@cox.net
                                              **GEORGE B. NIELSEN, JR**
5    **Terry A. Dake - 009656**                 **U.S. Bankruptcy Judge**

6    Attorney for Trustee

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                 **FOR THE DISTRICT OF ARIZONA**

9    In re:                    )    In Chapter 11 Proceedings
                               )
10   AR UTILITY SPECIALISTS, INC. )   Case No. 2-05-BK-10489-GBN
                               )
11              Debtor.         )
     ─────────────────────────────)

12
               **ORDER CONFIRMING PLAN OF REORGANIZATION**
13
14        This matter having come before the Court on July 7, 2008 at

15   10:30 a.m. for a hearing on confirmation of the Trustee's First Amended

     Plan Of Reorganization (Admin. Docket No. 604); and
16
          Good cause appearing.
17
          **IT IS ORDERED** that the Trustee's First Amended Plan Of
18
     Reorganization as filed at Admin. Docket No. 604 satisfies all of the
19
     requirements of 11 U.S.C. §1129 and, therefore, is confirmed.
20
          **IT IS FURTHER ORDERED:**
21
          1.   Dale D. Ulrich, the Chapter 11 trustee, as the duly
22
     authorized representative of the estate, is authorized to execute and
23
     deliver any and all such documents, and take such actions, as may be
24
     reasonable and/or necessary to implement the terms of the plan.
25
          2.   This Court shall retain jurisdiction over this estate
26
     until all claims subject to dispute have been determined and all
27
     litigation is terminated.
28

1        3.  This Court shall also retain jurisdiction to ensure that

the purpose and intent of the plan is carried out, to approve, allow and authorize payment of administrative expense claims, to modify the confirmed plan, to correct any defect in the plan, this order or otherwise, to cure any omission or reconcile any inconsistencies in the plan or this order, to address the estate's or the purchaser's right or claim to any property of the estate or of property conveyed by the estate to the purchaser pursuant to the plan, to enter any orders necessary to carry out or effectuate the plan, to enter an order terminating the case, to determine all disputes and controversies arising under or related to the plan, to determine, allow and/or disallow claims against the estate, and for other proper purposes reasonable and/or necessary to implement, enforce or interpret the plan.

        4.  All objections to the confirmation of the Trustee's First Amended Plan Of Reorganization are overruled.

**DATED AND SIGNED ABOVE.**

2