# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 22, 2008 09:30 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) CONTINUED HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #83 OF STEFANIE REYNOSO.(FR. 06-16)
   **R / M #:**  571 / 0

2) CONTINUED HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #84 OF CHRISTOPHER REYNOSO.(FR. 06-16)
   **R / M #:**  569 / 0

3) CONTINUED HEARING RE: OBJECTION(S) FILED BY THOMAS L. KUMMER TO CLAIM #82 OF ALEJANDRO REYNOSO.(FR. 06-16)
   **R / M #:**  568 / 0

## Appearances:

NONE

## Proceedings:

THE COURT: IT IS NOTED THAT THERE ARE NO APPEARANCES. THERE HAVE ALSO BEEN SOME CHANGES. MR. KUMMER HAS WITHDRAWN HIS OBJECTIONS ON JUNE 29. 2008. THE OBJECTOR HAS CHANGED TO THE TRUSTEE AND ORDERS HAVE BEEN SIGNED RELATING TO THESE SPECIFIC CLAIMS.