# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 26, 2008 11:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR FEES AND COSTS INCURRED BY COUNSEL FOR DEBTOR AND OBJECTION THERETO FILED BY THOMAS L. KUMMER.

**R / M #:**   642 / 0

### Appearances:

TERRY A. DAKE, ATTORNEY FOR DALE ULRICH, TRUSTEE
WILLIAM R. RICHARDSON, ATTORNEY FOR SELF
THOMAS L. KUMMER, PRO SE (T)

### Proceedings:

THE COURT LISTS WHAT HAS BEEN REVIEWED.  IT IS STATED THAT THE COURT WAS THINKING ABOUT RECEIVING A FORMAL WRITTEN RESPONSE.

MR. RICHARDSON RELATES TO THE COURT THAT IT WAS NOT HIS INTENTION TO OPEN THE DOOR FOR MORE PAPERWORK.

A DISCUSSION ENSUES REGARDING THE APPOINTMENT.

MR. KUMMER HAS NOTHING TO ADD, LOOKING TO MR. RICHARDSON'S RESPONSE.

THE COURT:  MR. RICHARDSON SHALL FILE HIS FINAL PAPERS DEFENDING HIS FEE APPLICATION NO LATER THAN OCTOBER 17, 2008.  ORAL ARGUMENT ON DEBTORS' COUNSELS' FEE APPLICATION WILL BE CONDUCTED ON OCTOBER 23, 2008 @ 1:30 P.M.  BY REQUEST OF MR. DAKE, THE CONFIRMATION HEARING SET ON OCTOBER 6TH IS ALSO MOVED TO OCTOBER 23RD.