**ORDERED ACCORDINGLY.**

Dated: February 18, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| AR UTILITY SPECIALISTS, INC. | Case No. 2:05-BK-10489-GBN |
| Debtor. | |

**ORDER APPROVING
FIRST APPLICATION FOR
ALLOWANCE OF COMPENSATION**

This matter having come before the Court on the First Application For Allowance Of Compensation filed by Terry A. Dake, Ltd. at Admin. Docket No. 714; and

It appearing that notice of the application was duly given to creditors and parties in interest as set forth in Notice of First Application For Allowance Of Compensation filed with the Court at Admin. Docket No. 715; and

There having been no objections to the application timely filed and served; and

The Court having reviewed the application and finding that the fees are reasonable and that the services were of benefit to the estate; and

The Court being otherwise duly advised;

1  **IT IS ORDERED** that the First Application For Allowance Of
2  Compensation shall be and the same is hereby approved.
3  **IT IS FURTHER ORDERED** that the trustee is authorized to pay to
4  Terry A. Dake, Ltd. $101,070.00 for services rendered in this case and
5  reimbursement of expenses in the amount of $1,889.96.
6  **DATED AND SIGNED ABOVE.**