**ORDERED ACCORDINGLY.**

| | |
|---|---|
| *TERRY A. DAKE, LTD.*<br>11811 North Tatum Boulevard<br>Suite 3031<br>Phoenix, Arizona  85028-1621<br>Telephone: (480) 368-5199<br>Facsimile: (480) 368-5198<br>tdake@cox.net | **Dated: July 27, 2009**<br><br>_____<br>**GEORGE B. NIELSEN, JR**<br>**U.S. Bankruptcy Judge** |

Terry A. Dake - 009656

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 Proceedings |
| | ) | |
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 2:05-BK-10489-GBN |
| | ) | |
| Debtor. | ) | |

### FINAL DECREE

After review and consideration of the Application For Final Decree filed by the trustee; and

Good cause appearing.

**IT IS HEREBY ORDERED** that the Chapter 11 case of the Debtor is closed.

**IT IS FURTHER ORDERED** that the status hearing scheduled for July 28, 2009 at 9:15 a.m. is vacated.

**DATED AND SIGNED ABOVE.**
