UST-32A, 3/03

DALE D ULRICH CHAPTER 11
Chapter 7 Panel Trustee
PMB-615, 1928 E HIGHLAND
PHOENIX, AZ 85016

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AR UTILITY SPECIALISTS, INC. | ) | Case No. 05-10489-PHX GBN |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $1,569.58 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____                           _____
Date                                              GEORGE B. NIELSEN, JR.
                                                  UNITED STATES BANKRUPTCY JUDGE